E-Filed on 12/13/12

B27 (Official Form 27) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of _Nevada_

In re _Abigal Jauregui_ ,
          Debtor

Case No. _12-22850_
Chapter _7_

## REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1.    Creditor's Name: CAPITAL ONE, N.A. - BEST BUY CO., INC.

2.    Amount of the debt subject to this reaffirmation agreement:
$ _1,508.39_ on the date of bankruptcy    $ _1,400.00_ to be paid under reaffirmation agreement

3.    Annual percentage rate of interest: _____% prior to bankruptcy
_0_ % under reaffirmation agreement ( ✓ Fixed Rate ____ Adjustable Rate)

4.    Repayment terms (if fixed rate): $ _50.00_ per month for _28_ months

5.    Collateral, if any, securing the debt: Current market value: $ _1400.00_
Description: _55"TV_

6.    Does the creditor assert that the debt is nondischargeable? ____Yes ✓ No
(If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

| Debtor's Schedule I and J Entries | | Debtor's Income and Expenses as Stated on Reaffirmation Agreement | |
|---|---|---|---|
| 7A. | Total monthly income from Schedule I, line 16 | $ 6486.00 | 7B. | Monthly income from all sources after payroll deductions | $ 5453.00 |
| 8A. | Total monthly expenses from Schedule J, line 18 | $ 5468.00 | 8B. | Monthly expenses | $ 5,468.00 |
| 9A. | Total monthly payments on reaffirmed debts not listed on Schedule J | $ 0.00 | 9B. | Total monthly payments on reaffirmed debts not included in monthly expenses | $ 0.00 |
| | | | 10B. | Net monthly income (Subtract sum of lines 8B and 9B from line 7B. If total is less than zero, put the number in brackets.) | $ 15.00 |

Printed with FinePrint trial version - purchase at www.fineprint.com

B27 (Official Form 27) (12/09)                                      Page 2

11.  Explain with specificity any difference between the income amounts (7A and 7B):
     Debtor Receives Rental Income

12.  Explain with specificity any difference between the expense amounts (8A and 8B):
     N/A

     If line 11 or 12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that
     any explanation contained on those lines is true and correct.

     _____            _____
     Signature of Debtor (only required if       Signature of Joint Debtor (if applicable, and only
     line 11 or 12 is completed)                  required if line 11 or 12 is completed)

Other Information

☐    Check this box if the total on line 10B is less than zero. If that number is less than zero, a
presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with
specificity the sources of funds available to the Debtor to make the monthly payments on the
reaffirmed debt: _____

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
     ✓ Yes              _____ No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has
counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
     ✓ Yes              _____ No

                        **FILER'S CERTIFICATION**

     I hereby certify that the attached agreement is a true and correct copy of the reaffirmation
agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

     _____
     Signature

     _____
     Print/Type Name & Signer's Relation to Case

Printed with FinePrint trial version - purchase at www.fineprint.com

B240A (Form B240A) (04/10)

> Check one.
> ☑ **Presumption of Undue Hardship**
> ☐ **No Presumption of Undue Hardship**
> *See Debtor's Statement in Support of Reaffirmation,*
> *Part II below, to determine which box to check.*

# UNITED STATES BANKRUPTCY COURT
District of Nevada

In re _____ Abigal Jauregui _____,
        *Debtor*

Case No. 12-22850

Chapter 7

## REAFFIRMATION DOCUMENTS

Name of Creditor: CAPITAL ONE, N.A. - BEST BUY CO., INC.

☐ Check this box if Creditor is a Credit Union

### PART I. REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this form.**

A. Brief description of the original agreement being reaffirmed: _____ Secured revolving account

*For example, auto loan*

B. *AMOUNT REAFFIRMED*:    $ _____ 1400.00 _____

The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include unpaid principal, interest, and fees and costs (if any) arising on or before _____, which is the date of the Disclosure Statement portion of this form (Part V).

*See the definition of "Amount Reaffirmed" in Part V, Section C below.*

C. The *ANNUAL PERCENTAGE RATE* applicable to the Amount Reaffirmed is _____ 0 _____%.

*See definition of "Annual Percentage Rate" in Part V, Section C below.*

This is a *(check one)* ☑ Fixed rate      ☐ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

Printed with FinePrint trial version - purchase at www.fineprint.com

B240A, Reaffirmation Documents                                          Page 2

D. Reaffirmation Agreement Repayment Terms *(check and complete one)*:

☒  $ 50.00 per month for 28 months starting on 04/01/2013 .

☐  Describe repayment terms, including whether future payment amount(s) may be different from the initial payment amount.

_____

_____

_____

E. Describe the collateral, if any, securing the debt:

Description:              55"TV
Current Market Value    $                    1400.00

F. Did the debt that is being reaffirmed arise from the purchase of the collateral described above?
                                                                    1513.39
☒  Yes.  What was the purchase price for the collateral?    $

☐  No.   What was the amount of the original loan?          $

G. Specify the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed debt and any related agreement:

|  | Terms as of the Date of Bankruptcy | Terms After Reaffirmation |
|---|---|---|
| Balance due *(including fees and costs)* | $ 1,508.39 | $ 1400.00 |
| Annual Percentage Rate | % | 0 % |
| Monthly Payment | $ | $ 50.00 |

H. ☐  Check this box if the creditor is agreeing to provide you with additional future credit in connection with this Reaffirmation Agreement. Describe the credit limit, the Annual Percentage Rate that applies to future credit and any other terms on future purchases and advances using such credit:

_____

_____

## PART II.    DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

A. Were you represented by an attorney during the course of negotiating this agreement?

Check one.    ☒ Yes    ☐ No

B. Is the creditor a credit union?

Check one.    ☐ Yes    ☒ No

C. If your answer to EITHER question A. or B. above is "No," complete 1. and 2. below.

1.   Your present monthly income and expenses are:

a. Monthly income from all sources after payroll deductions
(take-home pay plus any other income)                              $ 5453.00

b. Monthly expenses (including all reaffirmed debts except
this one)                                                          $ 5,468.00

c. Amount available to pay this reaffirmed debt (subtract b. from a.)   $ .15.00

d. Amount of monthly payment required for this reaffirmed debt     $ 50.00

*If the monthly payment on this reaffirmed debt (line d.) is greater than the amount you have available to pay this reaffirmed debt (line c.), you must check the box at the top of page one that says "Presumption of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No Presumption of Undue Hardship."*

2.   You believe that this reaffirmation agreement will not impose an undue hardship on you or your dependents because:

Check one of the two statements below, if applicable:

☐   You can afford to make the payments on the reaffirmed debt because your monthly income is greater than your monthly expenses even after you include in your expenses the monthly payments on all debts you are reaffirming, including this one.

☑   You can afford to make the payments on the reaffirmed debt even though your monthly income is less than your monthly expenses after you include in your expenses the monthly payments on all debts you are reaffirming, including this one, because:

_____
_____
_____

Use an additional page if needed for a full explanation.

D. If your answers to BOTH questions A. and B. above were "Yes," check the following statement, if applicable:

☐   You believe this Reaffirmation Agreement is in your financial interest and you can afford to make the payments on the reaffirmed debt.

*Also, check the box at the top of page one that says "No Presumption of Undue Hardship."*

Printed with FinePrint trial version - purchase at www.fineprint.com

B240A, Reaffirmation Documents                                                           Page 4

## PART III. CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I hereby certify that:

    (1)    I agree to reaffirm the debt described above.

    (2)    Before signing this Reaffirmation Agreement, I read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below;

    (3)    The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete;

    (4)    I am entering into this agreement voluntarily and am fully informed of my rights and responsibilities; and

    (5)    I have received a copy of this completed and signed Reaffirmation Documents form.

SIGNATURE(S) (If this is a joint Reaffirmation Agreement, both debtors must sign.):

Date __12/12/12__    Signature _____

Date _____    Signature _____
                                          _Joint Debtor, if any_

### Reaffirmation Agreement Terms Accepted by Creditor:

Creditor __CAPITAL ONE, N.A. - BEST BUY CO., INC.__    C/O Bass & Associates, P.C., 3936 E. Ft. Lowell Ste 200, Tucson, AZ, 85712
                    _Print Name_                                          _Address_

Jennifer Pursley                                     12/15/12
_Print Name of Representative_                         _Signature_            _Date_

## PART IV. CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

    _To be filed only if the attorney represented the debtor during the course of negotiating this agreement._

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

    [☑] A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

_Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union._

Date _12/12/12_    Signature of Debtor's Attorney _____

                Print Name of Debtor's Attorney    David M. Crosby, Esq.
                                                   Troy Fox, Esq.
                                                   CROSBY & FOX, LLC.
                                                     711 S. 8th Street.
                                                    Las Vegas, NV 89101.
                                                    (702) 383-1007

## PART V. DISCLOSURE STATEMENT AND INSTRUCTIONS TO DEBTOR(S)

**Before agreeing to reaffirm a debt, review the terms disclosed in the Reaffirmation Agreement (Part I above) and these additional important disclosures and instructions.**

**Reaffirming a debt is a serious financial decision.** The law requires you to take certain steps to make sure the decision is in your best interest. If these steps, which are detailed in the Instructions provided in Part V, Section B below, are not completed, the Reaffirmation Agreement is not effective, even though you have signed it.

### A.    DISCLOSURE STATEMENT

1.    **What are your obligations if you reaffirm a debt?**  A reaffirmed debt remains your personal legal obligation to pay.  Your reaffirmed debt is not discharged in your bankruptcy case. That means that if you default on your reaffirmed debt after your bankruptcy case is over, your creditor may be able to take your property or your wages.  Your obligations will be determined by the Reaffirmation Agreement, which may have changed the terms of the original agreement. If you are reaffirming an open end credit agreement, that agreement or applicable law may permit the creditor to change the terms of that agreement in the future under certain conditions.

2.    **Are you required to enter into a reaffirmation agreement by any law?**  No, you are not required to reaffirm a debt by any law.  Only agree to reaffirm a debt if it is in your best interest. Be sure you can afford the payments that you agree to make.

3.    **What if your creditor has a security interest or lien?**  Your bankruptcy discharge does not eliminate any lien on your property.  A ''lien'' is often referred to as a security interest, deed of trust, mortgage, or security deed.  The property subject to a lien is often referred to as collateral.  Even if you do not reaffirm and your personal liability on the debt is discharged, your creditor may still have a right under the lien to take the collateral if you do not pay or default on the debt.  If the collateral is personal property that is exempt or that the trustee has abandoned, you may be able to redeem the item rather than reaffirm the debt.  To redeem, you make a single payment to the creditor equal to the current value of the collateral, as the parties agree or the court determines.

4.    **How soon do you need to enter into and file a reaffirmation agreement?**  If you decide to enter into a reaffirmation agreement, you must do so before you receive your discharge.  After you have entered into a reaffirmation agreement and all parts of this form that require a signature have been signed, either you or the creditor should file it as soon as possible.  The signed agreement must be filed with the court no later than 60 days after the first date set for the meeting of creditors, so that the court will have time to schedule a hearing to approve the agreement if approval is required.  However, the court may extend the time for filing, even after the 60-day period has ended.

5.    **Can you cancel the agreement?**  You may rescind (cancel) your Reaffirmation Agreement at any time before the bankruptcy court enters your discharge, or during the 60-day period that begins on the date your Reaffirmation Agreement is filed with the court, whichever occurs later.  To rescind (cancel) your Reaffirmation Agreement, you must notify the creditor that your Reaffirmation Agreement is rescinded (or canceled).  Remember that you can rescind the agreement, even if the court approves it, as long as you rescind within the time allowed.

6.   When will this Reaffirmation Agreement be effective?

    a. **If you *were* represented by an attorney during the negotiation of your Reaffirmation Agreement and**

        i. **if the creditor is not a Credit Union**, your Reaffirmation Agreement becomes effective when it is filed with the court unless the reaffirmation is presumed to be an undue hardship. If the Reaffirmation Agreement is presumed to be an undue hardship, the court must review it and may set a hearing to determine whether you have rebutted the presumption of undue hardship.

        ii. **if the creditor is a Credit Union**, your Reaffirmation Agreement becomes effective when it is filed with the court.

    b. **If you *were not* represented by an attorney during the negotiation of your Reaffirmation Agreement**, the Reaffirmation Agreement will not be effective unless the court approves it. To have the court approve your agreement, you must file a motion. See Instruction 5, below. The court will notify you and the creditor of the hearing on your Reaffirmation Agreement. You must attend this hearing, at which time the judge will review your Reaffirmation Agreement. If the judge decides that the Reaffirmation Agreement is in your best interest, the agreement will be approved and will become effective. However, if your Reaffirmation Agreement is for a consumer debt secured by a mortgage, deed of trust, security deed, or other lien on your real property, like your home, you do not need to file a motion or get court approval of your Reaffirmation Agreement.

7.   **What if you have questions about what a creditor can do?** If you have questions about reaffirming a debt or what the law requires, consult with the attorney who helped you negotiate this agreement. If you do not have an attorney helping you, you may ask the judge to explain the effect of this agreement to you at the hearing to approve the Reaffirmation Agreement. When this disclosure refers to what a creditor "may" do, it is not giving any creditor permission to do anything. The word "may" is used to tell you what might occur if the law permits the creditor to take the action.

## B.   INSTRUCTIONS

1.   Review these Disclosures and carefully consider your decision to reaffirm. If you want to reaffirm, review and complete the information contained in the Reaffirmation Agreement (Part I above). If your case is a joint case, both spouses must sign the agreement if both are reaffirming the debt.

2.   Complete the Debtor's Statement in Support of Reaffirmation Agreement (Part II above). Be sure that you can afford to make the payments that you are agreeing to make and that you have received a copy of the Disclosure Statement and a completed and signed Reaffirmation Agreement.

3.   If you were represented by an attorney during the negotiation of your Reaffirmation Agreement, your attorney must sign and date the Certification By Debtor's Attorney (Part IV above).

4.   You or your creditor must file with the court the original of this Reaffirmation Documents packet and a completed Reaffirmation Agreement Cover Sheet (Official Bankruptcy Form 27).

5.   *If you are not represented by an attorney, you must also complete and file with the court a separate document entitled "Motion for Court Approval of Reaffirmation Agreement" unless your Reaffirmation Agreement is for a consumer debt secured by a lien on your real property, such as your home.* You can use Form B240B to do this.

## C.    DEFINITIONS

1.    **"Amount Reaffirmed"** means the total amount of debt that you are agreeing to pay (reaffirm) by entering into this agreement.  The total amount of debt includes any unpaid fees and costs that you are agreeing to pay that arose on or before the date of disclosure, which is the date specified in the Reaffirmation Agreement (Part I, Section B above).  Your credit agreement may obligate you to pay additional amounts that arise after the date of this disclosure.  You should consult your credit agreement to determine whether you are obligated to pay additional amounts that may arise after the date of this disclosure.

2.    **"Annual Percentage Rate"** means the interest rate on a loan expressed under the rules required by federal law.  The annual percentage rate (as opposed to the "stated interest rate") tells you the full cost of your credit including many of the creditor's fees and charges.  You will find the annual percentage rate for your original agreement on the disclosure statement that was given to you when the loan papers were signed or on the monthly statements sent to you for an open end credit account such as a credit card.

3.    **"Credit Union"** means a financial institution as defined in 12 U.S.C. § 461(b)(1)(A)(iv). It is owned and controlled by and provides financial services to its members and typically uses words like "Credit Union" or initials like "C.U." or "F.C.U." in its name.

BEST BUY
00014217
LAS VEGAS , NV 89131
Store Phone Number 702 655 7599

SALE

Order:          Date: 09/16/12          Term ID: 030 Cashier#: 00771105
                07:24 PM

| Product Code | Description | Quantity | Amount |
|---|---|---|---|
| 4848105 | SAMSUNG UN55ES7100 LED 1080P | 1 | 1399.99 |
| 6094193 | REWARD ZONE PREMIER SILVER | 1 | 0.00 |
| | Subtotal | | 1399.99 |
| | Tax | | 113.40 |
| | Total | | 1513.39 |

Acct#:          5463
Payment Type: BBY CARD/HSBC
Amount: 1513.39
Card Type: PL2
Tran#: 14219269
Auth#: 018635
Auth-CD: ELEC
Manual Tran Ind:
Signature:

KEEP YOUR RECEIPT!
I HAVE READ AND AGREE TO ALL
RETURN AND REFUND POLICIES
PRINTED ON THE BACK OF THIS
RECEIPT AND POSTED IN THE
STORE. I HAVE RECEIVED GOODS
AND/OR SERVICES IN THE AMOUNT
SHOWN ABOVE.
BESTBUY.COM RETURN AND EXCHANGE
INFORMATION AND PRICE MATCH POLICY
MAY VARY SLIGHTLY FROM IN-STORE POLICY.
PLEASE LOG ONTO WWW.BESTBUY.COM
FOR COMPLETE DETAILS
>>>>>>> ELECTRONIC COPY <<<<<<<

BEST BUY
00003582
HENDERSON   , NV 89014
Store Phone Number 702 434 5536

SALE

Order:              Date: 10/21/12           Term ID: 003 Cashier#: 00158671
                    04:24 PM

| Product Code | Description | Quantity | Amount |
|---|---|---|---|
| | | Subtotal | 0.00 |
| | | Tax | 0.00 |
| | | Total | 0.00 |

Acct#: ;         5463
Payment Type: BBY CARD/HSBC
Amount: 30
Card Type: PL2
Tran#: 03588846
Auth#: 050412
Auth-CD: ELEC
Manual Tran Ind:
Signature:
Equipment Down
Payment Type: Cash
Amount: 30

KEEP YOUR RECEIPT!
I HAVE READ AND AGREE TO ALL
RETURN AND REFUND POLICIES
PRINTED ON THE BACK OF THIS
RECEIPT AND POSTED IN THE
STORE. I HAVE RECEIVED GOODS
AND/OR SERVICES IN THE AMOUNT
SHOWN ABOVE.
BESTBUY.COM RETURN AND EXCHANGE
INFORMATION AND PRICE MATCH POLICY
MAY VARY SLIGHTLY FROM IN-STORE POLICY.
PLEASE LOG ONTO WWW.BESTBUY.COM
FOR COMPLETE DETAILS
>>>>>>> ELECTRONIC COPY <<<<<<<

## HSBC
### Terms and Conditions

### Interest Rates and Interest Charges

| | |
|---|---|
| | **27.99%**<br>This APR will vary with the market based on the Prime Rate. |
| | **29.99%**<br>This APR will vary with the market based on the Prime Rate.<br>This APR may be applied to your account if your APRs are increased for this reason.<br>**How Long Will the Penalty APR Apply?:** If your APRs are increased for this reason, the Penalty APR may apply indefinitely. |
| | Your due date is at least 23 days after the close of each billing cycle. We will not charge you interest on purchases if you pay your entire balance by the due date each month. |
| | If you are charged interest, the charge will be no less than **$2.00**. |
| | To learn more about factors to consider when applying for or using a credit card, visit the website of the Federal Reserve Board at: http://www.federalreserve.gov/creditcard. |

### Fees

| | |
|---|---|
| | **NONE** |
| | Up to **$35** |
| | **NONE** |
| | Up to **$25** |

**How We Will Calculate Your Balance:** We use a method called "average daily balance (including new purchases)".

**Billing Rights:** Information on your rights to dispute transactions and how to exercise those rights is provided in this Cardholder Agreement.

You may pay the entire New Balance on your Account at any time.

AG3116 (8/11) CI

**NOTICE FOR MARRIED WISCONSIN RESIDENTS:** No provision of a marital property agreement, unilateral statement under Section 766.59 of the Wisconsin Statutes, or court order under Section 766.70 of the Wisconsin Statutes adversely affects the interest of the creditor unless the creditor prior to the time the credit is granted, is furnished a copy of the agreement, statement or decree or has actual knowledge of the adverse provision when the obligation to the creditor is incurred. If you are married, by submitting your credit card application you are confirming that this credit card obligation is being incurred in the interest of your marriage and your family. If the credit card for which you are applying is granted, you will notify the Bank if you have a spouse who needs to receive notification that credit has been extended to you.

### CARDHOLDER AGREEMENT AND DISCLOSURE STATEMENT

**1. GENERAL:** Each person signing and submitting, or electronically or telephonically submitting the application for a credit card account ("Account") as applicant or joint applicant applies for an Account with HSBC Bank Nevada, N.A., a national banking association, and requests one or more credit card(s) bearing the name or tradename of Best Buy to be used in connection with the Account. The word "Card" means any credit card(s) issued to you or an authorized user of your Account. In this Agreement, the words "you" and "your" refer to the applicant and joint applicant named on the credit card application and the words "we", "us" and "our" refer to HSBC Bank Nevada, N.A., located at 1111 Town Center Drive, Las Vegas, Nevada 89144. If based on your creditworthiness, we determine you do not qualify for Program A, you agree we may consider you for an account with the terms and conditions of Program B. If approved for Program B, you agree to its terms and conditions. If your application is approved, "applicant" will be referred to as "primary cardholder" and "joint applicant" will be referred to as "secondary cardholder" for purposes of this agreement.

If we accept your application to open an Account, you agree that you will only purchase goods and services for personal, family and household purposes from merchants which honor the Card.

**2. ACCEPTANCE OF AGREEMENT:** By a) signing and submitting, or electronically or telephonically submitting the application, using or permitting others to use the Card, b) signing or permitting others to sign sales slips, or c) making or permitting others to make purchases by telephone, Internet, or any other means, you agree to the terms and conditions of this Cardholder Agreement and Disclosure Statement, which includes an arbitration provision.

**3. PROMISE TO PAY:** You agree to pay all amounts charged to the Account, whether incurred by you or anyone you authorize or permit to use your Account or Card. If the Account is a joint Account, the applicant and joint applicant each agree to pay and are jointly and individually responsible for all amounts charged on the Account regardless of any divorce or other legal proceedings or any agreement that may affect liability between the applicant and the joint applicant. If either of you give us notice disclaiming liability for amounts owed under this Agreement, we may close the Account. In that event, you will continue to pay the outstanding balance under the terms of this Agreement. However, you will not be able to make any new charges on the Account.

**4. ABILITY TO REPAY:** When you use the Account or permit others to use the Account, you represent that you have the ability and intention to repay all amounts charged to the Account.

**5. BILLING STATEMENT:** We will send you a billing statement monthly for each billing cycle at the end of which you have a debit or credit balance in excess of $1.00, or in which an Interest Charge has been imposed. The billing statement will show all purchases, Interest Charges and other charges or fees, including credit insurance or debt cancellation (if applicable), and all payments and other credits posted to your Account during the billing cycle. The billing statement will show the amount owed on your Account. The total Amount owed is called "New Balance" on your billing statement subject to the terms of Promotional Credit Plan purchases, if any, as indicated below.

**6. PROMOTIONAL CREDIT PLANS:** The following Promotional Credit Plans may be offered from time to time as specified prior to or at the time of purchase: a) Waived Interest Charge Credit Plan — no Interest Charges will be imposed on the purchase for a specified period, as long as the Minimum Payment Due is paid when due each billing cycle; b) Same As Cash/Monthly Payment Credit Plan — if you pay the full cash sales price of the purchase before the promotional due date, as indicated on your billing statement, and pay the Minimum Payment Due when due each billing cycle, as indicated on your billing statement, no Interest Charges will be imposed on the purchase. If such payments are not so made, Interest Charges will be imposed from the purchase date; c) Reduced Rate Credit Plan — A reduced periodic rate will be applied to the purchase for the specified period as long as the Minimum Payment Due is paid when due each billing cycle; d) Special Repayment Factor Credit Plan — A special repayment factor will be applied to the purchase for the specified period as long as the Minimum Payment Due is paid when due each billing cycle; e) Special Repayment Factor/Reduced Rate Credit Plan — A special repayment factor and a reduced periodic rate will be applied to the purchase for the specified period as long as the Minimum Payment Due is paid when due each billing cycle. All purchases that do not fall under a Promotional Credit Plan are referred to as Regular Credit Plan purchases. **Certain rules apply to the allocation of payments and Interest charges on your promotional purchase if you make more than one purchase on your Card. Call 1-866-367-4310 or review the Application of Payments section of this Agreement for information.**

**7. INTEREST CHARGES:** (a) Interest Charges are calculated separately for each Promotional Credit Plan and each Regular Credit Plan (each a "Credit Plan"). Promotional Credit Plans with different promotional due dates or terms are treated as different Credit Plans for this purpose. The total Interest Charge for the billing cycle is the sum of the Interest Charge for each Credit Plan, subject to the minimum Interest Charge under Section B.

(b) Interest Charges are imposed on purchases from the transaction date until paid in full, except that no Interest Charge is imposed in a billing cycle on:

(i) a new purchase on a Regular, Reduced Rate, or Special Repayment Factor Credit Plan if the combined Previous Balance of those Credit Plans at the beginning of the cycle is zero or a credit balance, or is paid in full before the Payment Due Date that falls during the cycle;

(ii) any balance on a Regular, Reduced Rate, or Special Repayment Factor Credit Plan if the combined Previous Balance of those Credit Plans at the

beginning of the cycle is zero or a credit balance, or is paid in full before the Payment Due Date that falls during the cycle;

(iii) a purchase on a Waived Interest Charge Credit Plan for the specified promotional period;

(iv) a purchase on a Same As Cash Credit Plan if the full cash sales price is paid in full before the promotion expiration date.

(c) If an Interest Charge is imposed on a Credit Plan other than a Same As Cash Credit Plan, the amount will be determined by multiplying the applicable Daily Periodic Rate times the Daily Balance for the Credit Plan for each day in the cycle, and adding the results of those calculations together.

(d) If an Interest Charge is imposed on a Same As Cash Credit Plan during a cycle, the amount will be the sum of the following daily Interest Charge calculations for the Credit Plan during the current cycle and during each of the prior billing cycles (each a "Prior Cycle") from the transaction date of the purchase through the current cycle: (i) the applicable Daily Periodic Rate for the Current Cycle times the Daily Balance for each day in the current cycle; and (ii) the applicable Daily Periodic Rate for each Prior Cycle times the Daily Balances of the Credit Plan for each day during each Prior Cycle.

(e) The "Daily Balance" of a Credit Plan is determined by taking the opening balance of the Credit Plan for that day, and adding 1) any new purchases made on the Credit Plan that day, 2) the previous day's Interest Charges, 3) any credit insurance premiums or debt cancellation fees (if applicable) incurred on that day and 4) any late fees, over the credit limit fees, returned payment fees or other fees incurred on that day, and subtracting any payments or credits applied to the Credit Plan that day. If your Account is subject to a grace period during the billing cycle, payments made during that cycle will be subtracted from all Daily Balances. In the current cycle. For any Same As Cash Credit Plan, credit insurance premiums or debt cancellation fees (if applicable) are not included in the Daily Balance of that Credit Plan during the promotional period. If a transaction for a returned payment or a dispute resolved in our favor posts after the beginning of the billing cycle, the applicable Daily Balance(s) and any related Interest Charge calculations will be adjusted retroactively to include the transaction amount as of the date of the original transaction.

(f) The Daily Periodic Rate which is used to determine your Interest Charges and the corresponding Annual Percentage Rate, will be variable rates which may change monthly. The Daily Periodic Rate will be one three hundred sixty fifth of the sum of the U.S. prime rate published in the Money Rates table of *The Wall Street Journal* that is in effect on the last day of the month ("Prime Rate") plus a "Spread" of 24.74 percentage points for the Standard Rate and a "Spread" of 26.74 percentage points for the Penalty Rate. Any changes in the Prime Rate will take effect on the first day of your billing cycle beginning in the next month.

The maximum rate of Interest Charge for the Standard Rate is a Daily Periodic Rate of .08216% (corresponding to **29.99% Annual Percentage Rate**). The maximum rate of Interest Charge for the Penalty Rate is a Daily Periodic Rate of .08216% (corresponding **29.99% Annual Percentage Rate**).

For example, as of the billing cycle beginning August 1, 2011, the Interest Charge for the Standard Rate would have been a Daily Periodic Rate of .07668% (corresponding to **27.99% Annual Percentage Rate**) and the Interest Charge for the Penalty Rate would have been a Daily Periodic Rate of .08216% (corresponding **29.99% Annual Percentage Rate**). An increase in the Prime Rate will increase your applicable Daily Periodic Rate

which may increase the Interest Charge and the Minimum Payment due on your Account. Your APR may increase to the Penalty APR if we fail to receive your minimum payment with in 60 days when due. You will no longer be eligible for the Standard Rate and all existing Promotional Credit Plans will terminate, and your entire Account balance will be subject to the Penalty Rate. If your Account becomes subject to the Penalty APR, we will provide advance notice before the new Penalty APR goes into effect. If you make the next six consecutive on time minimum payments starting with your first payment due once the Penalty APR goes into effect, your rates will return to the non-penalty APR(s) applicable to your Account. If you do not make these six consecutive on time minimum payments, we may keep the Penalty APR on your Account indefinitely.

**8. MINIMUM INTEREST CHARGE:** A minimum **Interest Charge** of $2.00 will be assessed for each billing cycle in which an Interest Charge is payable.

**9. FEES:** We may impose on your Account the following fees, which will be added to your Account when assessed:

a) **Late Payment Fee:** A Late Payment Fee may be assessed for each billing cycle in which at least the Minimum Payment Due, including any amount past due, is not paid in time to be credited to the Account by the Payment Due Date.
Your Late Payment Fee is $25 for the first occurrence and $35 for additional occurrences during the next six billing cycles. In no event will your Late Payment Fee exceed the Minimum Payment Due.

b) **Returned Payment Fee:** A Returned Payment Fee may be assessed to the Account each time a payment check, automatic payment deduction, or other payment method is not honored or is returned unsatisfied by your bank or other financial institution. Any payment returned unsatisfied for any reason may be reposted to any type of transaction (i.e. purchases, etc.) and Interest Charges may be reinstated back to the payment date at the APR being charged for that transaction.
Your Returned Payment Fee is $25.
In no event will your Returned Payment Fee exceed the Minimum Payment Due.

c) **Research Fee:** A Research Fee may be assessed to the Account for each copy of a requested document. The amount of this fee will be disclosed at the time such copies are requested.

d) **Reissued Card Fee:** You may be charged $5 each time you request that your credit card be reissued.

e) **Payment by Phone Fee:** A Payment by Phone Fee may be assessed to the Account each time a payment is made by telephone, even if the payment is made by someone other than you. The amount of this fee will be disclosed at the time such payment is requested.

f) **Over the Credit Limit Fee:** In the event you exceed your credit limit, you will be charged an Over the Credit Limit Fee of $0.

g) **Collection Costs:** If, after you default, we refer your Account to an attorney and/or collection agency for collection, we may charge you our collection costs, including court costs and reasonable attorneys' fees, when and as permitted by applicable law.

**10. INSURANCE:** If available and you elect any credit insurance coverage, you authorize us to charge the insurance premium for such insurance to your Account on a monthly basis. You understand the amount of the insurance premium is based on the Average Daily Balances of your Account for the billing cycle in which the premium is being assessed. Credit insurance charges begin to accrue on the transaction date for all purchases made on your Account.

**11. DEBT CANCELLATION:** If available and you elect debt cancellation, you authorize us to charge the fee for such debt cancellation to your Account on a monthly basis. You understand the amount of the debt cancellation fee is based on the Average Daily Balances of your Account for the billing cycle in which the fee is being assessed. Debt cancellation charges begin to accrue on the transaction date for all purchases made on your Account.

**12. MINIMUM PAYMENT:** You agree to pay us at least the Minimum Payment Due, reflected on your statement. If you wish, you may pay more than the Minimum Payment Due and at any time you may pay the entire amount due. Your Minimum Payment due is equal to your Minimum Payment plus the Special Repayment Factor for any Promotional Credit Plans with a special repayment factor plus any debt cancellation fees or credit insurance premiums attributable to any Reduced Rate/Special Repayment Factor Credit plans plus any delinquent amounts. The Minimum Payment is the greater of a.) $25 or b.) 1% of your "New Balance" (which does not include balances on Special Repayment Factor Credit Plans) plus billed Interest Charges plus any Late Fees assessed for that month rounded to the next highest dollar. Your monthly billing statement will include requirements for you to follow in making payments including the cut-off hour for receipt of payments which may affect crediting of your payments.

**13. PAYMENT RESTRICTIONS:** All payments must be mailed or delivered to us at the Payment Processing Center address shown on your monthly billing statement. All payments must be made by check or money order. By sending us a check for payment on your account, you authorize us either to use information from your check to initiate an electronic fund transfer from your account according to the terms of the check or to process this transaction as a check. When we use your check to make an electronic fund transfer, funds may be withdrawn from your account the same day we receive your payment, and you will not receive your check back from your bank. If you do not want your checks to be converted to an electronic fund transfer, please call Customer Service. You may not mail us cash. You agree that any payment may be returned to you if your check is: (a) not drawn in U.S. dollars or funds on deposit in the U.S.; (b) missing a signature; (c) drawn with different numeric and written amounts; (d) restrictively endorsed; (e) postdated; (f) drawn on a credit account issued by HSBC Bank Nevada, N.A. or an affiliate; (g) not paid on presentment. **However, if you wish us to consider a payment marked "paid in full", "without recourse", or similar language, such payment must be marked for special handling and sent to HSBC Retail Services, PO Box 5226, Carol Stream, IL 60197-5226.** You agree that we may accept any such payment, late payments, partial payments, and payments marked "paid in full", "without recourse", or otherwise restrictively endorsed without waiving our right to payment in full of your entire Account balance.

**14. APPLICATION OF PAYMENTS:** Your payments are applied in a manner we determine in accordance with applicable law. We apply the amount of your payment equal to the Minimum Payment Due at our discretion and generally to the Minimum Payment Due calculated on each credit plan. We apply any payment in excess of the Minimum Payment Due on your account to higher APR balances before lower APR balances. **If you have a Same As Cash Credit Plan(s), we will automatically apply payments**

we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error.
- If you need more information, describe the item you are not sure about.

**Your Rights and Our Responsibilities After We Receive Your Written Notice:** We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the bill was correct.

After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent. We can continue to bill you for the amount you question, including interest charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. If we find that we made a mistake on your bill, you will not have to pay any interest charges related to any questioned amount. If we didn't make a mistake, you may have to pay interest charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due.

If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within ten days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your bill. And, we must tell you the name of anyone we reported you to. We must tell anyone we report you to that the matter has been settled between us when it finally is.

If we don't follow these rules, we can't collect the first $50 of the questioned amount, even if your bill was correct.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of property or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the property or services. There are two limitations on this right: (a) You must have made the purchase in your home state or, if not within your home state within 100 miles of your current mailing address; and (b) The purchase price must have been more than $50. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

received during the final two complete billing cycles and up to the date of expiration first to the required Minimum Payment Due and next to the plan(s) that is expiring, in the order of expiration; at other times, we will treat your Same As Cash Credit Plan as having a 0% APR for purposes of determining payment application.

**15. CREDIT LIMIT:** You agree not to let the Account balance exceed the credit limit established for you by us from time to time. We do not have to honor any use of your Card or honor credit card checks which would cause you to exceed your credit limit; but if we do, you agree to repay the amount by which your credit limit is exceeded, plus Interest Charges immediately.

**16. CREDIT AUTHORIZATIONS:** Some purchases will require our prior authorization and you may be asked by the merchant to provide identification. If our authorization system is not working, we may not be able to authorize a transaction, even if you have sufficient available credit. We will not be liable to you if any of these events happen. We are not responsible for the refusal of any merchant to accept or honor the Card or a credit card check.

**17. SECURITY:** Except as indicated below, you grant us a purchase money security interest in the goods purchased with your Card and in all insurance contracts and all proceeds, returned premiums, mechanical failure and extended service contracts, and refunds of charges for mechanical failure and extended service contracts financed therewith. Each good purchased on your Account will secure the entire Account balance until such good is paid in full. For purposes of determining which goods are subject to a security interest, payments received will be deemed to be applied first to any unpaid insurance premiums or debt cancellation fees (if applicable), Interest Charges and fees and then to pay for purchases on the Account in the order in which they were made. When sufficient payments are made to repay the portion of the Account balance attributable to the purchase of a particular good, we will release our purchase money security interest in that good. Goods covered by a security interest may be taken from you if you do not pay on time. We may require you to make them available at a convenient place of our choice. We take no security interest in goods where the original purchase price is less than $200 if you live in New York and in goods where the original purchase price is less than $700 if you live in Maryland. If we repossess any goods purchased with your Card, we may charge you our repossession cost including, but not limited to, necessary repairs, storage fees and costs of sale, when and as permitted by law.

**18. DEFAULT:** You will be in default under this Agreement upon: (a) your failure to make at least the Total Minimum Payment Due when due; (b) your violation of any other provision of this Agreement; (c) your death; (d) your becoming the subject of bankruptcy or insolvency proceedings; (e) your becoming the subject of attachment, foreclosure, repossession, lien, judgement or garnishment proceedings; (f) your supplying us with misleading, false, incomplete or incorrect information; (g) our receipt of information that you are unable or unwilling to perform the terms or conditions of this Agreement; (h) your failure to supply us with any information we reasonably deem necessary; (i) our receipt of information from third parties, including credit reporting agencies, which indicates a delinquency or charge-off with other creditors; (j) your default under any other loan or agreement you have with us or any of our affiliates; (k) your moving out of the U.S. or Canada or providing us with a non-U.S. or non-Canadian mailing address; (l) your becoming incompetent; (m) your exceeding your credit limit; (n) your payment being returned unpaid by your bank for any reason; (o) any credit card check

being returned unpaid by us; or (o) your being in default under any other agreement or security agreement you have with us or with one of our affiliates.

Upon default, we have the right to (a) terminate your credit privileges under this Agreement, (b) terminate any Promotional Credit Plans and convert balances to a Regular Credit Plan, (c) require you to pay your entire Account balance including Promotional Credit Plan balances, all accrued but unpaid Interest Charges and other charges provided for in this Agreement immediately and (d) bring an action to collect all amounts owed.

## 19. ARBITRATION:

### Federal Arbitration Act

This arbitration provision is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act, 9 U.S.C. Sections 1 - 16 (the "FAA"). The arbitrator shall apply applicable substantive law consistent with the FAA and provide written reasoned findings of fact and conclusions of law upon written request as set forth in the applicable arbitration association procedures. The arbitrator's award shall not be subject to appeal except as permitted by the FAA. Judgment upon the award may be entered in any court having jurisdiction.

### Claims and Arbitration Administrators

This arbitration provision shall apply to any Claim (defined below) by or against us, or you or any other Covered Person (defined below). You agree any claim, dispute, or controversy (whether based upon contract, tort, intentional or otherwise; constitution; statute; common law; or equity and whether preexisting, present or future), including initial claims, counterclaims, cross-claims and third party claims, arising from or relating to (a) this Agreement, the application, your Account, any transaction or activity involving any payment or failure to make payment on your Account, or any solicitation, advertisement, promotion, or oral or written statements related to this Agreement or your Account, (b) the relationships which result from this Agreement and your relationship with any Covered Person pursuant to the criteria in the immediately preceding subsection or (c) this scope, validity or enforceability of this arbitration clause, any part thereof or the entire Agreement (any of the forgoing a "Claim"), shall be resolved, upon the election of you, us, or any other Covered Person described below, by binding arbitration pursuant to this arbitration provision and the applicable rules or procedures of the arbitration administrator (the "Administrator") selected at the time the Claim is filed or received by a party to the Claim. The party initiating the arbitration proceeding shall have the right to select one of the following Administrators: Judicial Arbitration & Mediation Services, Inc. ("JAMS") or the American Arbitration Association ("AAA"). The arbitrator shall be a lawyer with more than ten years experience or a retired or former judge. The rules and forms of JAMS and AAA may be obtained by writing to these organizations at the addresses listed under Further Information below. Our address for service of process under this provision is HSBC Bank Nevada, N.A., P.O. Box 98740, Las Vegas, NV 89193-8740.

### Small Claims Exemption

We agree not to invoke our right to arbitrate an individual Claim you may bring in small claims court or an equivalent court, if any, so long as the Claim is pending only in that court. However, if that Claim is transferred or appealed to a different court, we reserve our right to elect arbitration at such time.

### Location of Arbitration and Fees

Any participatory arbitration hearing that you attend will take place in a location that is reasonably convenient to you. On any Claim you file, you will pay the first $50 of the filing fee. At your request we will pay the remainder of the filing fee and any administrative or hearing fees charged by the Administrator on any Claim submitted by you in arbitration up to a maximum of $1,500. If you are required to pay any additional fees to the Administrator, we will consider a request by you to pay all or part of the additional fees; however, we shall not be obligated to pay any additional fees unless the arbitrator grants you an award. If the arbitrator grants an award in your favor, we will reimburse you for any additional fees paid or owed by you to the Administrator up to the amount of the fees that would have been charged if the original Claim had been for the amount of the actual award in your favor. The parties shall bear the expense of their respective attorney's fees, except as otherwise provided by law. If a statute gives you the right to recover any of these fees, or the fees paid to the Administrator, these statutory rights shall apply in the arbitration notwithstanding anything to the contrary contained herein. If the arbitrator issues an award in your favor, you will not be required to reimburse us for any fees we have previously paid to the Administrator or for which we are responsible.

### Covered Persons

This arbitration provision covers Claims by or against (a) us, any corporate parent, subsidiary, or affiliate, any predecessor or successor of the foregoing, and any officer, director, employee, agent or representative of any of the aforementioned, (b) you and any authorized user, and any other person claiming through you or any authorized user, and (c) any other person assisting us in offering Cards, administering Accounts or providing Card related benefits or services ("Covered Persons"). If a Claim that is within the scope of the first paragraph of the "Claims and Arbitration Administrators" paragraph above is advanced by or against any third person, and any of the persons mentioned in the previous sentence is involved as a party, then the entire Claim is subject to arbitration under this Agreement, including any Claim by or against any third person.

### Protection of Information

The rules and procedures of the Administrator, which you may obtain from that organization, shall govern the arbitration unless they conflict with this arbitration provision, in which case this arbitration provision will control. The arbitrator will not be bound by judicial rules of procedure and evidence that would apply in a court, nor to state or local laws that relate to arbitration proceedings. If you or we request, the arbitrator will honor claims of privilege recognized under applicable law and will use best efforts to protect confidential information (including through use of protective orders).

### Parties to Arbitration

Arbitration shall be conducted in the name of individually named parties. Unless all parties consent, neither you nor we may join, consolidate, or otherwise bring claims regarding two or more accounts, individuals, or account holders in the same arbitration, other than Covered Persons, joint applicants or authorized users of an account. There shall be no class actions, private attorney general actions, or other representative or collective actions, in an arbitration, even if the underlying dispute has been asserted in a court as a class action, private attorney general action, or other representative or collective action. No party may advance a Claim in arbitration on behalf of or against a person in a representative or collective

capacity, or on behalf of or against a person who is not an individually named party to the arbitration; nor may a party seek an award or benefit in arbitration on behalf of or against a person who is not an individually named party. The arbitrator shall not have authority to resolve any claim advanced by or on behalf of anyone who is not an individually named party and shall not have the authority to make an award for the benefit of, or against, anyone who is not an individually named party. No class actions or joinder or consolidation of any Claim with the claim of any other person are permitted in arbitration without the express written consent of you and us. These limitations are hereafter referred to as the "Class Action Waiver."

The parties to this Agreement acknowledge that the Class Action Waiver is material and essential to the arbitration of any Claims between the parties and is nonseverable from this arbitration provision. If the Class Action Waiver is limited, voided, or found unenforceable, then the parties' agreement to arbitrate (except for this sentence) shall be null and void with respect to such proceeding, subject to the right to appeal the limitation or invalidation of the Class Action Waiver. You and we acknowledge and agree that under no circumstances will a class action be arbitrated.

**Decision and Appeal**

The arbitrator shall resolve all Claims, including the applicability of this arbitration provision or the validity of the entire Agreement, except for any Claim challenging the validity of the Class Action Waiver, which shall be decided by a court. The arbitrator's decision will be final and binding unless you or we seek an appeal of the award by making a written request to the Administrator within the timeframe specified in the Administrator's rules. In the event of such an appeal, an appeal panel consisting of three arbitrators will consider all factual and legal issues anew, will conduct the appeal in the same manner as the initial arbitration, and will make decisions based on the vote of the majority. The panel's decision will be final and binding. Any final decision of the arbitrator or of the appeal panel is subject to judicial review only as provided under the FAA. An award in arbitration will be enforceable under the FAA by any court having jurisdiction.

**Consequences of Electing Arbitration**

**THE PARTIES ACKNOWLEDGE THAT THEY HAVE A RIGHT TO LITIGATE CLAIMS THROUGH A COURT BEFORE A JUDGE OR JURY, BUT WILL NOT HAVE THAT RIGHT IF EITHER PARTY ELECTS ARBITRATION. THE PARTIES HEREBY KNOWINGLY AND VOLUNTARILY WAIVE THEIR RIGHTS TO LITIGATE SUCH CLAIMS IN A COURT BEFORE A JUDGE OR JURY UPON ELECTION OF ARBITRATION BY EITHER PARTY.**

**Further Information**

You may contact, obtain the arbitration rules of, or file a Claim with JAMS or AAA as follows:

Judicial Arbitration & Mediation Services, Inc.     American Arbitration Association
620 Eighth Ave., 34th Floor                          1633 Broadway, Floor 10
New York, NY 10018                                   New York, NY 10019
www.jamsadr.com                                      www.adr.org

**Miscellaneous**

This arbitration provision shall survive termination of your Account as well as the repayment of all amounts borrowed hereunder. In the event of a conflict or inconsistency between the rules and procedures of the Administrator and this arbitration provision, this arbitration provision shall govern.

**Opt Out of Arbitration**

You may reject this arbitration provision without penalty. To do so, you must send HSBC, c/o HSBC Bank Nevada, N.A., P.O. Box 98740, Las Vegas, NV 89193-8740 a signed writing ("Rejection Notice") that is received within thirty (30) days after the date you receive this arbitration provision. The Rejection Notice must identify the transaction involved and must include your name, address, and social security number and must be signed by all persons contractually obligated on your account. You may send the Rejection Notice in any manner you see fit as long as it is received at the specified address within the specified time. No other methods can be used to reject the arbitration provision. If the Rejection Notice is sent on your behalf by a third party, such third party must include evidence of his or her authority to submit the Rejection Notice on your behalf.

**20. CHANGE OF TERMS: We may change or terminate any terms, conditions, services or features of your Account or this Agreement (including increasing your Interest Charges) at any time. We may also add new terms, conditions, services or features to your Account or this Agreement. We may impose any change in terms or any new terms on your outstanding balance as well as on subsequent transactions and balances. To the extent required by law, we will notify you in advance of any change in terms or any new terms by mailing a notice to you at your address as shown on our records. A change in the Annual Percentage Rate, pursuant to the variable rate provisions of this Agreement, shall not be considered a change in terms under this paragraph.**

**21. LIABILITY FOR UNAUTHORIZED USE:** You may be liable for the unauthorized use of your Card. You agree to notify us immediately upon learning of the possible unauthorized use of your Card. You will not be liable for unauthorized use that occurs after you notify us verbally or in writing. You may notify us in writing at HSBC Retail Services, PO Box 5226, Carol Stream, IL 60197-5226 of the loss, theft, or possible unauthorized use of your Card. In any case, your liability will not exceed $50. However, unauthorized use does not include use by a person to whom you have given authority to use the Card, and you will be liable for all use by such a person. To terminate this authority, you must retrieve the Card from the previously authorized user and return it to us at HSBC Retail Services, PO Box 5226, Carol Stream, IL 60197-5226, along with a letter explaining why you are doing so.

**22. LOST OR STOLEN CARD:** You agree to notify us immediately if your Card is lost or stolen, or if you think someone is using your Account without your permission. You may notify us by writing us at HSBC Retail Services, PO Box 5226, Carol Stream, IL 60197-5226.

**23. LOST OR STOLEN CREDIT CARD CHECKS:** You agree to notify us immediately if any credit card checks are lost or stolen. You may notify us by writing us at HSBC Retail Services, PO Box 5226, Carol Stream, IL 60197-5226.

**24. STOP PAYMENT:** If before a credit card check drawn on your Account has been honored, you notify us not to pay it, we will stop payment on the credit card check. You must send a written and signed stop payment order which states the number, payee, amount and date of the credit card check on which payment is to be stopped. If you call, you must confirm the call in writing within 14 days. A written stop payment will remain in effect for six months, unless renewed in writing.

**25. CARD CANCELLATION:** We can terminate or reduce your credit limit at any time and for any reason subject to the requirements of applicable law. Balances outstanding under this Agreement when your credit limit is

reduced or terminated will continue to accrue Interest Charges until paid in full and are subject to all terms and conditions of this Agreement. You agree to return your Card(s) to us at any time we request.

**26. CLOSING YOUR ACCOUNT:** You can cancel or close your Account by writing to us at HSBC Retail Services, P.O. Box 5226, Carol Stream, IL 60197-5226. Your notice becomes effective when we receive it. If you cancel or close your Account, you will still be responsible for all amounts owed us according to the terms of this Agreement. You agree to return your Card(s) to us.

**27. MONITORING PRACTICES:** You agree that our supervisory personnel may listen to and record telephone calls between you and our representatives in order to evaluate the quality of our service to you and other cardholders.

**28. APPLICABLE LAW:** This Agreement and your Account shall be governed by and interpreted under, federal law, including the Federal Arbitration Act, and the laws of the State of Nevada applicable to contracts made and to be performed therein without reference to principles of conflict of laws. The legality, enforceability and interpretation of this Agreement and the amounts contracted for, charged and received under this Agreement will be governed by such laws. This Agreement is entered into between you and us in Nevada. We make decisions about granting credit to you from, and extend credit to you under this Agreement from, Nevada. Federal and Nevada law shall also apply to any controversy, claim or dispute arising from or relating in any way to the subject matter of this Agreement and/or your Account, including statutory, equitable and tort claims.

**29. CREDIT INVESTIGATION AND REPORTING:** You agree that we may investigate your credit, employment and income records and verify your credit references and also may report to credit reporting agencies, merchants, and other creditors the status and payment history of your Account.

**30. DISPUTED ACCURACY OF CREDIT REPORT:** If any specific information related to your Account, transactions or credit experience with us is inaccurate, you may notify us and request us to correct the inaccurate information (after confirmation of the alleged error) reported to any credit reporting agency by writing to us at HSBC Retail Services, P.O. Box 5253 Carol Stream, IL 60197-5253.

**31. UPDATED FINANCIAL INFORMATION:** Upon request, you agree to promptly give us accurate updated financial information about yourself.

**32. DELAY TAKING ACTION:** We will not lose any of our rights under this Agreement if we delay taking action for any reason. To the extent allowed by law, we may take other action not described in this Agreement, and by doing so will not lose our rights under this Agreement.

**33. CHANGE OF NAME, ADDRESS, OR EMPLOYMENT:** You agree to give us 10 days advance notice of any change in your name, mailing address, telephone number, or place of employment. You agree the Department of Motor Vehicles may release your residence address to us should it become necessary to locate you.

**34. ASSIGNMENT OF ACCOUNT:** We may sell, assign, or transfer your Account or any portion thereof without notice to you. You may not sell, assign or transfer your Account.

**35. SEVERABILITY:** If any provision of this Agreement is finally determined to be void or unenforceable under any law, rule or regulation, all other provisions of this Agreement will remain valid and enforceable.

**36. NOTICE FOR CALIFORNIA RESIDENTS:** California law requires that we inform customers that should they fail to fulfill the terms of their credit

obligation, a negative report reflecting on their credit record may be submitted to a credit reporting agency. If you are married, you may apply for credit in your own name.

**37. NOTICE FOR FLORIDA RESIDENTS: You (borrower) agree that, should we obtain a judgment against you, a portion of your disposable earnings may be attached or garnished (paid to us by your employer), as provided by Florida and Federal law.**

**38. NOTICE FOR MAINE RESIDENTS:** We may request a consumer report in connection with your application for credit. You may ask whether a consumer report was obtained by us and we will tell you the name and address of the consumer reporting agency, if a report was obtained.

**39. NOTICE FOR MISSOURI RESIDENTS: Oral agreements or commitments to loan money, extend credit or to forbear from enforcing repayment of a debt including promises to extend or renew such debt are not enforceable. To protect you (borrower(s)) and us (creditor) from misunderstanding or disappointment, any agreements we reach covering such matters are contained in this writing, which is the complete and exclusive statement of the agreement between us, except as we may later agree in writing to modify it.**

**40. NOTICE FOR NEW YORK RESIDENTS:** A consumer credit report may be requested in connection with this application or in connection with updates, renewals or extensions of any credit granted as a result of this application. Upon your request, you will be informed whether or not such a report was requested and, if so, the name and address of the agency that furnished the report. New York residents may contact the New York state banking department to obtain a comparative listing of credit card rates, fees and grace periods. New York State Banking Department 1-800-522-3330.

**41. NOTICE FOR OHIO RESIDENTS:** The Ohio Laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**42. NOTICE FOR VERMONT RESIDENTS:** A consumer credit report may be requested in connection with this application or in connection with updates, renewals or extensions of any credit granted as a result of this application. Upon your request, you will be informed whether or not such a report was requested and, if so, the name and address of the agency that furnished the report.

**The information about the costs of the Card described in this Cardholder Agreement and Disclosure Statement is accurate as of August, 2011. This information may have changed after that date. To find out what may have changed write to us at 1111 Town Center Drive, Las Vegas, Nevada 89144.**

## YOUR BILLING RIGHTS—KEEP THIS NOTICE FOR FUTURE USE

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

**Notify Us in Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address listed on your bill. Write to us as soon as possible. We must hear from you no later than 60 days after

## HSBC
## Términos y Condiciones

### Tasas de Interés y Cargos por Intereses

| | |
|---|---|
| Tasa Porcentual Anual (APR por sus siglas en inglés) para Compras | **27.99%** Esta APR variará con el mercado de acuerdo a la Tasa Preferencial/Prime Rate. |
| APR de Penalización y Cuando se Aplica | **29.99%** Esta APR variará con el mercado de acuerdo a la Tasa Preferencial/Prime Rate. Esta APR podría aplicarse a su cuenta si usted se atrasa en un pago. **¿Cuánto tiempo se aplicará la APR de Penalización?** Si sus APR aumentan por esta razón, la APR de Penalización podría aplicarse indefinidamente. |
| Periodo de Gracia para el Pago de Intereses en las Compras | Su fecha de vencimiento es al menos 23 días después del cierre de cada ciclo de facturación. No le cobraremos intereses sobre compras si usted paga cada mes el saldo total en o antes de la fecha de vencimiento. |
| Cargo Mínimo Por Intereses | Si se le cobran intereses, el cargo no será menor de **$2.00.** |
| Tarifas Establecidas por la Junta de la Reserva Federal (Federal Reserve Board) | Para conocer más sobre los factores a considerar cuando solicite o use una tarjeta de crédito, visite el sitio Web de la Junta de la Reserva Federal http://www.federalreserva.gov/creditcard. |

### Cuotas

| | |
|---|---|
| Cuota Anual | **NINGUNA** |
| Cuotas de Penalización | |
| • Pago Atrasado | Hasta de $35 |
| • Sobrelímite del Crédito | **NINGUNA** |
| • Pago Devuelto | Hasta de $25 |

**Cómo Calcularemos su Saldo:** Nosotros utilizamos un método llamado "saldo diario promedio (incluyendo compras nuevas)".

**Derechos sobre la Facturación:** La información sobre sus derechos para disputar transacciones y cómo ejercer sus derechos, se proporciona en este Acuerdo del Tarjetahabiente. Usted puede pagar por completo el Nuevo Saldo de su Cuenta en cualquier momento.

AG3116 (8/11) CI

---

**AVISO PARA LOS RESIDENTES DE WISCONSIN CASADOS:** Ninguna disposición de un contrato de propiedad conyugal, declaración unilateral que clasifica el ingreso de propiedades separadas en conformidad con la Sec. 766.59 de los Estatutos de Wisconsin o decreto judicial en conformidad con la Sec. 766.70 de los Estatutos de Wisconsin, afecte de manera adversa al acreedor a menos que se le proporcione al acreedor una copia del documento antes de la transacción de crédito; o tenga conocimiento real de las disposiciones adversas al momento de asumir la obligación. Si usted está casado(a), al presentar su solicitud de tarjeta de crédito, usted está confirmando que esta obligación de tarjeta de crédito se incurre en interés de su matrimonio y su familia. Si la tarjeta de crédito que usted está solicitando se le es otorgada, usted notificará al Banco si usted tiene un cónyuge que necesita ser notificado que a usted se le ha otorgado un crédito.

**ACUERDO DE TARJETAHABIENTE Y DECLARACIÓN INFORMATIVA**

**1. GENERAL:** Cada persona que firme y remita o que remita electrónicamente o telefónicamente una solicitud de cuenta de tarjeta de crédito ("Cuenta") como solicitante o cosolicitante, solicita una cuenta con HSBC Bank Nevada, N.A., una asociación bancaria nacional domiciliada en Las Vegas, Nevada, y solicita una o más tarjeta(s) de crédito con el nombre y el logotipo de Best Buy para que sea(n) usada(s) en relación con la Cuenta. La palabra "Tarjeta" significa cualquier tarjeta de crédito emitida a usted o a un usuario autorizado de su Cuenta. En este Acuerdo, las palabras "usted" y "su" se refieren a todas las personas mencionadas en la solicitud de tarjeta de crédito y las palabras "nosotros", "nos" y "nuestro" se refieren a HSBC Bank Nevada, N.A. domiciliada en 111 Town Center Drive, Las Vegas, Nevada 89144. Si, sobre la base de su capacidad de crédito, determinamos que usted no califica para el Programa A, usted acuerda que podremos considerarlo para una cuenta con los términos y condiciones del Programa B. Si está aprobado para el Programa B, usted conviene sus términos y condiciones.

Si su solicitud es aprobada, a los fines de este acuerdo el "solicitante" se denominará "titular de tarjeta primario" y el "solicitante conjunto" se denominará "titular de tarjeta secundario".

Si nosotros aceptamos su solicitud para abrir una Cuenta, usted conviene en que comprará bienes y servicios solamente para fines personales, familiares y domésticos, a los comerciantes que aceptan la tarjeta.

**2. ACEPTACIÓN DEL CONVENIO:** Al a) firmar y remitir o que remitir electrónicamente o telefónicamente la solicitud, usar o permitir a otros que usen la Tarjeta; b) firmar o permitir a otros que firmen recibos de venta; o c) hacer o permitir a otros que hagan compras por teléfono, Internet y otros medios — usted conviene en los términos y condiciones del Convenio de Tarjetahabiente y de Declaración Divulgatoria que incluye una disposición acerca del arbitraje.

**3. PROMESA DE PAGO:** Usted conviene en pagar toda cantidad cargada a la Cuenta, ya sea contraída por usted o por cualquier persona a la que usted autorice o permita usar su Cuenta o Tarjeta. Si la Cuenta es una Cuenta mancomunada, el solicitante y el solicitante conjunto, cada cual, convienen en pagar y son responsables mancomunadamente y solidariamente de todas las cantidades cargadas a la Cuenta, independientemente de un divorcio u otro procedimiento legal o acuerdo que afecte la responsabilidad entre el solicitante y el solicitante conjunto. Si uno de ustedes nos da aviso de que renuncia a su responsabilidad por las cantidades adeudadas bajo este Convenio, nosotros podremos cerrar la Cuenta. En ese caso, usted seguirá pagando el saldo pendiente bajo los términos de este Convenio. No obstante, usted no podrá efectuar cargos nuevos a la Cuenta.

**4. CAPACIDAD PARA PAGAR:** Cuando usted use la Cuenta o permita a otras personas que usen la Cuenta, usted declara que tiene la capacidad y el propósito para pagar todas las sumas cargadas a la cuenta.

**5. ESTADO DE CUENTA:** Nosotros le enviaremos mensualmente un

estado de cuenta por cada ciclo de facturación en que usted tenga un saldo de débito o crédito en exceso de $1.00, o en que se haya impuesto un Cargo por Intereses. El estado de cuenta indicará todas las compras, Cargos por Intereses, y otros cargos o cuotas, incluyendo el seguro por cuentas incobrables o cancelación de deuda (si aplicable) así como todos los pagos y demás créditos asentados a su Cuenta durante el ciclo de facturación. El estado de cuenta, indicará la cantidad adeudada en su Cuenta. La cantidad total adeudada se llama "Nuevo Saldo" en su estado de cuenta, sujeto a los términos de las compras bajo el Plan de Crédito Promocional, de haberlo, según se indica a continuación.

**6. PLANES DE CRÉDITO PROMOCIONALES:** Los siguientes Planes de Crédito Promocionales pueden ser ofrecidos ocasionalmente, según se especifique antes de o en el momento de la compra: El Plan de Crédito con Cargo por Intereses Prescindido — no se imponen Cargos por Intereses sobre las compras durante un período determinado, siempre y cuando se pague el Pago Mínimo Adeudado cuando se venza en cada ciclo de facturación; El Plan de Crédito Igual que Efectivo/Pago Mensual — Si usted paga el precio de venta total en efectivo de la compra antes de la fecha de vencimiento promocional que se indica en su estado de cuenta y paga el Pago Mínimo Adeudado cuando se venza en cada ciclo de facturación, como se indica en su estado de cuenta, no se Cargos por Intereses sobre la compra. Si no se hace el pago por completo en dicha forma, los Cargos por Intereses se imponen desde la fecha de compra; El Plan de Crédito con Tasa Reducida — Se aplica a la compra una tasa reducida durante el período determinado siempre y cuando se haga el Pago Mínimo Adeudado cuando se venza en cada ciclo de facturación; El Plan con Factor de Pago Especial — Se aplica a la compra un factor de pago especial durante el período determinado siempre y cuando se haga el Pago Mínimo Adeudado cuando se venza en cada ciclo de facturación; El Plan de Crédito con Factor de Pago Especial/Tasa Reducida — Se aplican a la compra un factor de pago especial y una tasa periódica reducida durante el período determinado siempre y cuando se haga el Pago Mínimo Adeudado cuando se venza en cada ciclo de facturación. Todas las compras que no correspondan a un Plan de Crédito Promocional se llaman compras en Plan de Crédito Normal. **Hay ciertas reglas que se aplican en relación a la asignación de pagos y Cargos por Intereses en su compra promocional si usted hace más de una compra con su Tarjeta. Para obtener más información llame al 1-888-367-4310 o vea el inciso Aplicación de Pagos de este Convenio.**

**7. CARGOS POR INTERESES:** (a) Los Cargos por Intereses se calculan por separado para cada Plan de Crédito Promocional y cada Plan de Crédito Regular (cada uno un "Plan de Crédito"). Los Planes de Crédito Promocionales con distintas fechas de vencimiento o términos promocionales son tratados como Planes de Crédito distintos para este propósito. El Cargo total por Intereses para el ciclo de facturación, es la suma del Cargo por Intereses para cada Plan de Crédito, sujeto al Cargo por Intereses mínimo bajo la Sección 8.

(b) Los Cargos por Intereses se imponen en compras desde la fecha de la transacción hasta que se haya pagado totalmente, salvo cuando no se impone un Cargo por Intereses en un ciclo de facturación por:

(i) una compra nueva a una Tasa de Interés Regular, Reducida o en un Plan de Crédito con Factor de Amortización Especial, si el Saldo Anterior combinado de esos Planes de Crédito al comienzo del ciclo es cero o un saldo de crédito, o se paga totalmente antes de la Fecha de Vencimiento del Pago que cae durante el ciclo;

(ii) cualquier saldo a una Tasa de Interés Regular, Reducida o en un Plan de Crédito con Factor de Amortización Especial, si el Saldo Anterior combinado de esos Planes de Crédito al comienzo del ciclo es cero o un saldo de crédito, o se paga totalmente antes de la Fecha de Vencimiento del Pago que cae durante el ciclo;

(iii) una compra en un Plan de Crédito con Cargo por Intereses Prescindido por el período promocional específicado;

(iv) una compra en un Plan de Crédito Igual que Efectivo si el precio total de venta en efectivo se paga totalmente antes de la fecha de vencimiento de la promoción.

(c) Si se impone un Cargo por Intereses en un Plan de Crédito distinto a un Plan de Crédito Igual que Efectivo, la cantidad será determinada multiplicando la Tasa Diaria Periódica correspondiente por el Saldo Diario para el Plan de Crédito por cada día en el ciclo, y sumando los resultados de esos cálculos.

(d) Si un Cargo por Interés se impone a un Plan de Crédito Igual que Efectivo durante un ciclo, la cantidad será la suma de: los siguientes cálculos del Cargo diario por intereses para el Plan de Crédito durante el ciclo actual y cada uno de los ciclos de facturación anteriores (cada uno un "Plan de Crédito") desde la fecha de la transacción de la compra hasta el cálculo: (i) la Tasa Diaria Periódica correspondiente para el Ciclo Actual multiplicado por el Saldo Diario para cada día en el ciclo actual, y (ii) la Tasa Diaria Periódica correspondiente para cada Ciclo Anterior multiplicado por los Saldos Diarios del Plan de Crédito para cada día durante cada Ciclo Anterior.

(e) El "Saldo Diario" de un Plan de Crédito se determina tomando el saldo inicial del Plan de Crédito para ese día, y sumando 1) toda compra nueva realizada en el Plan de Crédito ese día, 2) los Cargos por Intereses del día anterior, 3) cualquier prima por seguro sobre el crédito o cargos por cancelación de deuda (si corresponde) incurridas en ese día, y 4) todo cargo por pago atrasado, cargos por sobrelímite de crédito, cargos por pago devuelto u otros cargos incurridos en ese día, y restando todo pago o crédito aplicado al Plan de Crédito ese día. Si su Cuenta está sujeta a un período de gracia durante el ciclo de facturación, los pagos realizados dicho ciclo se restarán de todos los Saldos Diarios en el ciclo de facturación actual. Para cualquier Plan de Crédito Igual que Efectivo, las primas de seguro sobre el crédito o cargos por cancelación de deuda (si corresponde) no se incluyen en el Saldo Diario de ese Plan de Crédito durante el período promocional. Si una transacción por un pago devuelto o una disputa resuelta a nuestro favor, se resienta después de iniciar el ciclo de facturación, el (los) Saldo(s) Diario(s) correspondiente, y todo cálculo de Cargo por Intereses relacionado se ajustarán de manera retroactiva para incluir la cantidad de la transacción en la fecha original de la transacción.

(h) La Tasa Diaria Periódica se usa para determinar sus Cargos por Intereses y la Tasa Porcentual Anual correspondiente, serán tasas de interés variables las cuales podrán variar cada mes. La Tasa Diaria Periódica será un treceavo sesenta y cincoavo de la suma de la tasa preferencial estadounidense publicada en la tabla de Tasas Monetarias de *The Wall Street Journal* que se encuentre vigente en el último día del mes ("Tasa Preferencial/Prime Rate") más un "Margen" de **24.74** puntos porcentuales para la Tasa Estándar y un "Margen" de **26.74** puntos porcentuales para la Tasa de Penalización. Cualquier cambio en la Tasa Preferencial entrará en vigor el primer día de su ciclo de facturación comenzando el mes siguiente.

La tasa máxima del Cargo por Intereses para la Tasa Estándar es la Tasa Periódica Diaria del **.08218%** (correspondiente a una **Tasa Porcentual Annual del 29.99%**). La tasa máxima del Cargo por Intereses para la Tasa de Penalización es la Tasa Periódica Diaria del **.08218%** (correspondiente a una **Tasa Porcentual Annual del 29.99%**).

Por ejemplo, en el ciclo de facturación que comienza el 1 de agosto del año 2011, el Cargo por Intereses para la Tasa Estándar habría sido una Tasa Diaria Periódica del **.076685%** (correspondiente a una **Tasa Porcentual Anual del 27.99%**) y el Cargo por Intereses para la Tasa de Penalización habría sido una Tasa Diaria Periódica del **.08216%** (correspondiente a una **Tasa Porcentual Anual del 29.99%**). Un aumento en la Tasa Preferencial aumentará su Tasa Diaria Periódica correspondiente, la cual puede aumentar el Cargo por Intereses y el Pago Mínimo Adeudado en su Cuenta. Su APR podría aumentar a la Tasa de Penalización si no recibimos su pago mínimo en un plazo de 60 días a partir de que venza el pago. Usted ya no será elegible para la Tasa Estándar

y todos los Planes de Crédito Promocionales existentes terminarán, y todo el saldo de su Cuenta estará sujeto a la Tasa de Penalización. Si su Cuenta se encontrara sujeta a la APR de Penalización, le proporcionaremos previo aviso antes de que la nueva APR de Penalización entre en vigor. Si usted realiza los seis siguientes pagos mínimos de manera consecutiva a tiempo, comenzando con el primer pago adeudado, una vez que la APR de Penalización entre en vigor, sus tasas regresarán a las APR de no penalización que correspondan a su Cuenta. Si usted no realiza estos seis pagos mínimos de manera consecutiva a tiempo, podríamos mantener indefinidamente la APR de Penalización en su Cuenta.

**8. CARGO MÍNIMO POR INTERESES:** Se impondrá un **Cargo** mínimo **por Intereses** de $2.00 por cada ciclo de facturación en que se deba pagar un Cargo por Intereses.

**9. CARGOS:** Nosotros podemos imponer sobre su cuenta los cargos siguientes, que se agregarán a su Cuenta cuando se les imponga:

a) **Cargo por Pago Atrasado:** Se podría cobrar un Cargo por Pago Atrasado por cada ciclo de facturación en el cual el menos el Pago Mínimo a Pagar, incluyendo toda cantidad atrasada, no se pague a tiempo para ser acreditado a su Cuenta en o antes de la Fecha de Vencimiento de Pago.
   Su Cargo por Pago Atrasado es de $25 por el primer atraso y $35 por cada atraso adicional que ocurra durante los siguientes seis ciclos de facturación. En ningún momento su Cargo por Pago Atrasado excederá el Pago Mínimo a Pagar.

b) **Cargo por Pago Devuelto:** Se podría cobrar un Cargo por Pago Devuelto a la Cuenta cada vez que un cheque o deducción automática de pago, no sean aceptados como pagados o se devuelvan sin pagar por su banco u otra institución financiera. Todo pago devuelto sin pagar por cualquier motivo podría volverse a asentar a cualquier tipo de transacción (por ejemplo, compras, etc.) y se podrían reinstalar Cargos por Intereses a la fecha de pago a la Tasa Porcentual Anual (APR) cobrada por esa transacción.
   Su Cargo por Pago Devuelto es de $25.
   En ningún momento su Cargo por Pago Devuelto excederá le Pago Mínimo a Pagar.

c) **Cuota de Investigación:** Se cobrará a su Cuenta una Cuota de Investigación por cada copia de documento solicitada. El monto de esta cuota se divulgará en el momento en que se soliciten dichas copias.

d) **Cargo por Tarjeta Reexpedida:** Se le puede cobrar $5 cada vez que usted solicite se vuelva a expedir su tarjeta de crédito.

e) **Cuota por Pago por Teléfono:** Se asentará una Cuota por pago por teléfono a la Cuenta cada vez que se realice un pago por teléfono, aun cuando el pago lo realice alguien que no sea usted. El monto de esta cuota se divulgará cuando se solicite dicho pago.

f) **Cargo por Sobrelímite del Crédito:** Cargo por Sobrelímite del Crédito: En caso de que usted exceda su límite de crédito, se le cobrará un Cargo por Sobrelímite de Crédito de $0.

g) **Costos de Cobranza:** En después de su incumplimiento, nosotros remitimos su Cuenta para su cobranza a un abogado y/o agencia de cobros, podemos cobrarle nuestros costos de cobranza, incluyendo los costos judiciales y los honorarios razonables de abogados, cuando y según lo permita la ley vigente.

**10. SEGURO:** Si disponible y usted opta por la cobertura del seguro contra deudas incobrables, usted nos autoriza cargar mensualmente a su Cuenta la prima de seguro por dicha cobertura. Usted comprende que la cantidad de la prima del seguro se basa en los Saldos Promedios Diarios de su Cuenta para el ciclo de facturación en que se cobre la prima. Los cargos por el seguro contra deudas incobrables comienzan a acumularse desde la fecha de la transacción de todas las compras hechas con su Cuenta.

**11. CANCELACIÓN DE DEUDA:** Si disponible y usted opta por cancelación de deuda, usted nos autoriza a aplicar el cargo correspondiente a dicha cancelación de deuda a su Cuenta en forma mensual. Usted entiende que el monto del cargo por cancelación de deuda se basa en los Saldos Diarios Promedios de su Cuenta para el ciclo de facturación en el cual se aplica dicho cargo. Los cargos por cancelación de deuda comienzan a acumularse a la fecha de la transacción respecto a todas las compras realizadas sobre su Cuenta.

**12. PAGO MÍNIMO:** Usted acuerda pagarnos al menos el Monto del Pago Mínimo adeudado, reflejado en su estado de cuenta. Si lo desea, puede pagar más del Monto del Pago Mínimo adeudado y en cualquier momento puede usted pagar por completo el monto adeudado. El Monto del Pago Mínimo adeudado es igual a su Pago Mínimo más el Factor de Amortización Especial por cualquier Plan de Crédito Promocional con un Factor de Amortización especial, más cualquier cargo por cancelación de deuda o prima de seguro de crédito más cualquier saldo adeudado. El Pago Mínimo es el mayor de a) $25 o b) 1% de su "Nuevo Saldo" (que no incluye los saldos de los Planes de Crédito con un Factor de Amortización Especial más Cargos por Intereses facturados más cualquier Cargo por Pago Atrasado gravado ese mes, redondeado hacia el monto próximo más alto. Su estado de cuenta mensual incluirá los requisitos a seguir para que usted realice los pagos, incluidas las horas límite de recepción de pagos, que pueden afectar la acreditación de los mismos.

**13. RESTRICCIONES DE PAGO:** Todos los pagos se deben enviar por correo o entregar a la dirección del Centro de Procesamiento de Pagos que se indica en su estado de cuenta. Todos los pagos se tienen que efectuar con cheque o giro de dinero. Al enviarnos un cheque para el pago de su cuenta, usted nos autoriza a usar información de su cheque para iniciar una transferencia electrónica de fondos desde su cuenta, de conformidad con los términos y condiciones del cheque; o procesar esta transacción como cheque. Cuando usemos su cheque para hacer una transferencia electrónica de fondos, los fondos podrían ser retirados de su cuenta el mismo día en que recibamos su pago, y el cheque no le será devuelto por el banco. Si usted no quiere que los cheques sean convertidos en una transferencia electrónica de fondos, sírvase llamar al Departamento de Clientes. No nos puede enviar por correo dinero en efectivo. Usted conviene en que todo pago se le puede devolver si su cheque: (a) no está librado en dólares de EE.UU. sobre dinero en depósito en los EE.UU.; (b) no tiene alguna firme; (c) se libra con cantidades distintas en números y letras; (d) está endosado restrictivamente; (e) postfechado; (f) está librado contra una cuenta de crédito expedida por HSBC Bank Nevada, N.A. o una de sus afiliadas; (g) no se paga a su presentación. Sin embargo, si usted desea que nosotros tratemos en cuenta un pago marcado "pagado por completo", "sin recurso" o con un lenguaje similar, dicho pago se debe marcar para manejo especial y se debe enviar a HSBC Retail Services, PO Box 5226, Carol Stream, IL 60197-5226. Usted conviene en que nosotros podemos aceptar cualquiera de dichos pagos, pagos morosos, pagos parciales y pagos marcados "pagado por completo", "sin recurso" o distintamente endosados de forma restrictiva, sin por ello renunciar a nuestro derecho al pago del saldo de su Cuenta.

**14. APLICACIÓN DE PAGOS:** Sus pagos se aplicarán de la manera que determinemos y de acuerdo a la ley vigente. Asignamos la cantidad de su pago equivalente a su Pago Mínimo a Pagar a nuestra discreción y generalmente al Pago Mínimo a Pagar calculado en cada plan de crédito. Aplicaremos cualquier pago que exceda el Pago Mínimo a Pagar en su cuenta, al saldo con mayor APR antes que a saldos con menor APR. Si usted tiene Plan(es) de Crédito igual que Efectivo, asignaremos automáticamente los pagos recibidos durante los últimos dos ciclos de facturación completos y hasta la fecha de vencimiento, primero al Pago Mínimo a Pagar y después, a (los) plan(es) que estan venciendo, en el orden de su vencimiento; en otras ocasiones trataremos su Plan de Crédito igual que Efectivo como si tuviera una APR del 0% con el propósito de determinar la asignación de pagos.

**15. LÍMITE DE CRÉDITO:** Usted conviene en no dejar que el saldo de la Cuenta exceda el límite de crédito que nosotros ocasionalmente establezcamos para usted. Nosotros no tenemos que aceptar el uso de su Tarjeta ni aceptar cheques de tarjeta de crédito que harían que usted exceda su límite de crédito, pero si lo hacemos, usted conviene en pagar inmediatamente la cantidad en la cual se excede el límite de crédito, más los Cargos por Intereses.

**16. AUTORIZACIONES DE CRÉDITO:** Algunas compras requerirán nuestra autorización previa y el comerciante podría pedirle que le muestre alguna identificación. Si nuestro sistema de autorización no está funcionando, podría no sernos posible autorizar una transacción, aunque usted tenga suficiente crédito disponible. No seremos responsables ante usted si llega a suceder cualquiera de estos casos. No somos responsables por el rechazo o la aceptación de la tarjeta o de un cheque de tarjeta de crédito por parte de cualquier comerciante.

**17. GARANTÍA:** A excepción de lo indicado más adelante, usted nos otorga un derecho de garantía sobre el dinero de compra por los bienes adquiridos con su tarjeta, y en todos los contratos de seguro y toda indemnización, prima devuelta, contrato por falla del constructor y servicio extendido, y reembolsos de cargos por contratos por fallas del constructor y servicio extendido financiado con la misma. Cada bien adquirido por medio de su cuenta garantizará todo el saldo de la cuenta hasta tanto dicho bien sea pagado en su totalidad. A los fines de determinar qué bienes están sujetos a una garantía prendaria, se considerará que los pagos recibidos serán aplicables en primer lugar a cualquier prima de seguro o cargo por cancelación de deudas impagos (si correspondieran), cargos por intereses y otros cargos o cuotas, y luego al pago de compras en la cuenta, en el orden en que hayan sido realizadas, cuando se hagan pagos suficientes como para amortizar la parte del saldo de la cuenta atribuible a la compra de un bien particular, dejaremos sin efecto nuestro derecho de garantía sobre el dinero de compra correspondiente a ese bien. Los bienes cubiertos por un derecho de garantía pueden ser incautados si usted no hace el pago puntualmente. Podemos exigirle que los ponga a nuestra disposición en un lugar conveniente de nuestra elección. No aplicamos ningún derecho de garantía sobre bienes cuyo precio de compra original sea inferior a $200, si usted vive en Nueva York, y sobre bienes cuyo precio de compra original sea inferior a $700, si usted vive en Maryland. En caso de que procedamos a recuperar la posesión de cualquier artículo adquirido con su tarjeta, es posible que usted deba pagar los cargos de recuperación. Estos incluyen, sin ninguna limitación, las reparaciones necesarias, los cargos de almacenamiento y los costos de venta, cuando y en la forma en que lo permita la ley.

**18. INCUMPLIMIENTO:** Usted estará en estado de incumplimiento bajo este Convenio cuando: (a) usted no haga por lo menos el Pago Total Mínimo Adeudado cuando se venza; (b) esté en violación de cualquier otra disposición de este Convenio; (c) usted fallezca; (d) usted sea objeto de procedimientos de bancarrota o insolvencia; (e) usted sea objeto de procedimientos de embargo, ejecución de hipoteca, reposesión, gravamen, juicio o decomiso; (f) usted nos proporcione información engañosa, falsa, incompleta o incorrecta; (g) nosotros recibamos información de que usted es incapaz de o que no quiere cumplir los términos o condiciones de este Convenio; (h) usted no nos proporcione la información que nosotros razonablemente consideremos necesaria; (i) recibamos información de terceros, incluyendo agencias de informes de crédito que indiquen alguna morosidad o cuenta pasada a incobrables con otros acreedores; (j) esté en incumplimiento de cualquier préstamo o convenio distinto que tenga con nosotros o cualquiera de nuestras afiliadas; (k) su traslado a un lugar fuera de los Estados Unidos o el Canadá o bien el proporcionarnos una dirección de correo que no pertenezca a los países mencionados; (l) usted quede incompetente; (m) usted exceda su límite de crédito; (n) su pago sea devuelto sin pagar por su banco por cualquier motivo; (o) nosotros devolvamos sin pagar cualquier cheque de tarjeta de crédito; o (p) usted esté en incumplimiento en cualquier otro convenio o convenio de fianza o garantía prendaria que tenga con nosotros o cualquiera de nuestras afiliadas.

Cuando ocurra el incumplimiento, nosotros tenemos el derecho de: (a) terminar sus privilegios de crédito bajo este Convenio; (b) terminar todo Plan de Crédito Promocional y convertir los saldos a un Plan de Crédito Normal; (c) exigirle que pague inmediatamente la totalidad del saldo de su Cuenta, incluyendo los saldos de los Planes de Crédito Promocionales, todos los Cargos por intereses acumulados y sin pagar, así como los demás cargos dispuestos en este Convenio y (d) entablar una acción para cobrar todas las cantidades adeudadas.

## 19. ARBITRAJE:

### Ley Federal de Arbitraje
Esta cláusula de arbitraje se celebra en virtud de una transacción que involucra comercio interestatal y será regida por la Ley Federal de Arbitraje, 9 U.S.C. Secciones 1—16 (la "FAA"). El árbitro aplicará las leyes sustantivas vigentes consistentes con la FAA y dará por escrito sus determinaciones justificadas sobre cuestiones de hechos y conclusiones siempre y cuando se solicite por escrito tal y como se indica en los procedimientos de la resolución de arbitraje correspondiente. El laudo del árbitro no será sujeto a apelación, salvo cuando lo permita la FAA. El fallo sobre el laudo se podrá registrar en cualquier corte con jurisdicción.

### Reclamaciones y Administradores de Arbitraje
Esta cláusula de arbitraje aplicará en toda Reclamación (definida a continuación) que hagamos o se haga en nuestra contra, en contra de usted o en contra de cualquier otra Persona Cubierta (definida a continuación). Usted conviene en que cualquier Reclamación, disputa o controversia (ya sea basada en un contrato; en un agravio; intencional o no; en la constitución; en un estatuto; en el derecho consuetudinario; o en equidad, y ya sea preexistente, presente o futura), incluyendo reclamaciones iniciales, reconvenciones, contrarreclamaciones y las reclamaciones de o contra terceros que surjan de, o se relacionen con (a) este Acuerdo, la solicitud, su Cuenta, cualquier transacción o actividad que involucre cualquier pago o el no realizar cualquier pago en su Cuenta; o cualquier inducción a la venta, propaganda, promoción o declaración verbal o por escrito relacionada con este Acuerdo o con su Cuenta, (b) las relaciones que resulten de este Acuerdo, y su relación con cualquier Persona Cubierta conforme a las condiciones de la subsección inmediatamente anterior, o (c) el alcance, validez o la fuerza ejecutiva de esta cláusula de arbitraje, cualesquiera de sus partes o la totalidad del Acuerdo (en lo sucesivo una "Reclamación") será resuelta, a su elección, a la nuestra o a la de cualquier Persona Cubierta descrita más adelante, por arbitraje vinculante conforme a esta cláusula de arbitraje y a las reglas o procedimientos del administrador de arbitraje (el "Administrador") seleccionado en el momento en que se entabla la Reclamación o se reciba por una de las partes de la Reclamación. La parte que inicie el procedimiento de arbitraje tendrá derecho a seleccionar uno de los siguientes Administradores: Judicial Arbitration & Mediation Services, Inc. ("JAMS") o la American Arbitration Association ("AAA"). El árbitro será un abogado con más de diez años de experiencia, un juez jubilado o un ex juez. Las reglas y los formularios de AAA, NAF y JAMS se pueden obtener al escribir a dichas organizaciones a las direcciones que se indican más adelante en la información adicional. Nuestra dirección para la diligencia de emplazamiento conforme a esta cláusula es HSBC Bank Nevada, N.A., P.O. Box 98740, Las Vegas, NV 89193-8740.

### Exención de Reclamaciones de Escaso Monto
Nosotros convenimos en no invocar nuestro derecho a arbitrar una Reclamación individual que usted pueda presentar en un tribunal de reclamaciones de escaso monto o en cualquier corte equivalente, con tal de que la Reclamación sólo esté pendiente en dicha corte. Sin embargo, si dicha Reclamación es transferida o apelada en una corte distinta, nos reservamos nuestro derecho de elegir arbitraje en dicho momento.

### Lugar del Arbitraje y Cuotas
Toda audiencia de arbitraje participativa a la que usted acuda se celebrará en el lugar que sea razonablemente conveniente para usted.

Por cualquier Reclamación que presente, usted pagará los primeros $50 de la cuota de presentación. Si usted lo solicita, nosotros pagaremos el resto de la cuota de presentación y toda cuota administrativa o de audiencia cobrada por el Administrador en cualquier Reclamación presentado por usted hasta un máximo de $1,000. Si usted está requerido a pagar cualquier cuota adicional al Administrador, consideramos una petición por su parte para pagar todas o parte de las cuotas adicionales sin embargo, no estaremos obligados a pagar ninguna cuota adicional a menos que el árbitro lo otorgue un laudo a su favor. Si el árbitro otorga un laudo a su favor, le reembolsaremos toda cuota adicional pagada o que usted deba al Administrador, hasta por el monto de las cuotas que se le hubieran cobrado, si la Reclamación original hubiera sido por la cantidad real del laudo a su favor. Cada parte correrá con los gastos de los honorarios de sus abogados respectivos, salvo que la ley disponga algo distinto. Si algún estatuto le concede a usted el derecho a recuperar cualesquiera de estos honorarios o los honorarios pagados al Administrador, estos derechos estatutarios tendrán vigencia en el arbitraje, no obstante se estipule algo diferente contenidos en la presente. Si el árbitro dicta un laudo a favor nuestro, usted no tendrá que reembolsarnos por concepto de los honorarios que le hayamos pagado, previamente al Administrador o que hayan sido responsabilidad nuestra.

### Personas Cubiertas
Esta cláusula de arbitraje cubre Reclamaciones hechas por nosotros o en contra de nuestra, cualquier compañía matriz, subsidiaria, o afiliada, cualquier antecesor o sucesor de lo antedicho, y cualquier oficial, director, empleado, agente o representante de cualquiera de las anteriormente mencionadas, (b) de usted y cualquier usuario autorizado y cualquier otra persona que reclame a través de usted o cualquier usuario autorizado, y (c) cualquier otra persona que nos esté prestando ayuda ofreciendo Tarjetas, administrando Cuentas o proporcionando beneficios o servicios que se relacionen con la Tarjeta, si una Reclamación que se encuentre en el alcance del primer párrafo del párrafo anterior "Reclamaciones y Administradores de Arbitraje" se presenta por o en contra de una tercera persona, y cualquiera de las personas mencionadas en la oración anterior está involucrada como una parte, entonces toda la Reclamación está sujeta a arbitraje conforme con este Acuerdo, incluyendo toda Reclamación hecha por o en contra de cualquier tercera persona.

### Protección de Información
Las reglas y procedimientos del Administrador, las cuales puede obtener de dicha organización, regirán el arbitraje a menos que entren en conflicto con esta cláusula de arbitraje, en cuyo caso esta cláusula de arbitraje regirá. El árbitro no estará obligado por reglas o procedimientos judiciales ni evidencia que aplique en una corte, como tampoco por leyes estatales o locales que se relacionen con los procedimientos de arbitraje. Si usted o nosotros lo solicitamos, el árbitro aplicará las reclamaciones de privilegio reconocidas bajo la ley vigente y hará uso de su mejor esfuerzo para proteger información confidencial (incluso durante el uso de las órdenes protectoras).

### Partes en el Arbitraje
El arbitraje se deberá llevar a cabo a nombre de partes nombradas individualmente. A menos que todas las partes consientan, ni usted ni nosotros podremos formar parte, consolidar, o de otra manera presentar reclamaciones relacionadas con dos o más cuentas, individuales, o titulares de cuenta en el mismo arbitraje, serán solo las Personas Cubiertas, cosolicitantes o usuarios autorizados de una cuenta. No habrá demandas colectivas, o acciones generales por parte de un abogado privado, u otra demanda representativa o colectiva, en un arbitraje, aun cuando la disputa subyacente haya sido ejercida en un tribunal como demanda colectiva, acciones generales por parte de un abogado privado u otra demanda representativa o colectiva. Ninguna podrá presentar una Reclamación en

arbitrale, a nombre de o en contra de una persona en capacidad representativa o colectiva, o en nombre de o en contra de una persona que no es una parte nombrada individualmente; ni ninguna parte podrá buscar obtener un laudo o beneficio en arbitraje a nombre de o en contra de una persona que no sea una parte nombrada individualmente. El árbitro no tendrá la autoridad para resolver ninguna Reclamación hecha por o a nombre de cualquier que no sea una parte nombrada individualmente, y no tendrá la autoridad para otorgar un laudo para el beneficio de, o en contra de, cualquiera que no sea una parte nombrada individualmente. No se permitirán en el arbitraje, demandas colectivas o la unión o consolidación de cualquier Reclamación con la reclamación de cualquier otra persona sin el expreso consentimiento por escrito suyo y nuestro. Estas limitaciones serán referidas más adelante como "Renuncia a una Demanda Colectiva".

Las partes para este Acuerdo reconocen que la Renuncia a una Demanda Colectiva es sustancial y esencial para el arbitraje de cualquier Reclamación entre las partes y es no separable de esta cláusula de arbitraje. Si la Renuncia a una Demanda Colectiva se limita, anula o se haya que es inejecutable, entonces el acuerdo de las partes para arbitrar (salvo por esta oración) será nulo y sin efecto con respecto a dicho procedimiento, sujeto al derecho a apelar la limitación o invalidación de la Renuncia a una Demanda Colectiva. Usted y nosotros confirma y conviene que bajo ninguna circunstancia se arbitrará una Demanda colectiva.

## Decisión y Apelación.

El árbitro deberá resolver toda Reclamación, incluyendo la aplicación de esta cláusula de arbitraje o la validez del Acuerdo por completo, salvo para toda Reclamación que ponga en entredicho la validez de la Renuncia a una Demanda Colectiva, la cual deberá ser decidido en un tribunal. La decisión del árbitro será final y obligatoria a menos que usted o nosotros busquemos apelar el laudo a través de una petición por escrito al Administrador dentro del plazo de tiempo especificado en las reglas del Administrador. En caso de existir una apelación, un panel de apelación el cual consistirá de tres árbitros considerarán nuevamente todos los aspectos de hecho y legales, conducirán la apelación de la misma manera que el arbitraje inicial, y tomarán decisiones en base a los votos de la mayoría. La decisión del panel será final y obligatoria. Toda decisión final del árbitro o del panel de apelación está sujeta a revisión judicial únicamente como se indica en la FAA. Un laudo en arbitraje será ejecutable como la FAA por todo tribunal que tenga jurisdicción.

## Consecuencias de elegir el arbitraje:

**LAS PARTES RECONOCEN QUE TIENEN DERECHO A LITIGAR LAS RECLAMACIONES MEDIANTE UNA CORTE ANTE UN JUEZ O JURADO, PERO QUE NO TENDRÁN ESE DERECHO SI CUALQUIERA DE LAS PARTES OPTA POR EL ARBITRAJE. POR LA PRESENTE, LAS PARTES A SABIENDAS Y VOLUNTARIAMENTE, RENUNCIAN A SUS DERECHOS A LITIGAR DICHAS RECLAMACIONES EN UNA CORTE ANTE UN JUEZ O UN JURADO, DESDE EL MOMENTO EN QUE CUALQUIERA DE LAS PARTES OPTE POR EL ARBITRAJE.**

## Información Adicional

Usted puede comunicarse, obtener las reglas de arbitraje o entablar una Reclamación ante AAA, o JAMS, en las siguientes direcciones:

Judicial Arbitration & Mediation Services, Inc.
620 Eighth Ave., 34th Floor
New York, NY 10018
www.jamsadr.com

American Arbitration Association
1633 Broadway, Floor 10
New York, NY 10019
www.adr.org

## Varios

Esta cláusula de arbitraje sobrevivirá a la terminación de su Cuenta así como al pago de las cantidades que se hayan pedido prestado en la presente. De haber un conflicto o inconsistencia entre las reglas y procedimientos del Administrador y esta Cláusula de Arbitraje, regirá esta Cláusula de Arbitraje.

## Exclusión Voluntaria del Arbitraje

Usted puede rechazar esta cláusula sin penalización alguna. Para hacerlo, debe enviar a HSBC, c/o HSBC Bank Nevada, N.A., P.O. Box 98740, Las Vegas, NV 89193-8740 un escrito firmado ("Aviso de Rechazo") y lo deben recibir en un plazo de treinta (30) días después de la fecha en que firme su solicitud. El Aviso de Rechazo debe identificar la transacción en cuestión y debe incluir su nombre, dirección y número de seguro social y debe estar firmada por todas las personas obligadas contractualmente en su cuenta. Usted puede enviar el Aviso de Rechazo de la manera que a usted le convenga siempre y cuando lo recibamos en la dirección indicada dentro del plazo indicado. No se podrá usar ningún otro método para rechazar la cláusula de arbitraje. Si el Aviso de Rechazo lo envía un tercero a su nombre, dicho tercero deberá incluir pruebas de su autoridad para presentar el Aviso de Rechazo a nombre suyo.

**20. CAMBIO DE TÉRMINOS:** Nosotros podemos cambiar o terminar cualquiera de los términos, condiciones, servicios o características de su Cuenta o de este Convenio (incluyendo el aumento de sus Cargos por Intereses) en cualquier momento. También podemos agregar nuevos términos, condiciones, servicios o características a su Cuenta o a este Convenio. Podemos imponer cualquier cambio en términos o en términos nuevos a su saldo pendiente, así como a las transacciones y saldos subsiguientes. En la medida en que lo exige la ley, nosotros le avisaremos de antemano en cuanto a todo cambio en términos o términos nuevos, enviándole un aviso a su dirección según se indica en nuestros libros. Todo cambio en la Tasa Porcentual Anual, conforme con las disposiciones sobre tasa variable de este Convenio, no será considerado cambio en términos bajo este párrafo.

**21. RESPONSABILIDAD POR USO NO AUTORIZADO:** Usted podrá ser responsable del uso no autorizado de su tarjeta. Usted conviene en avisarnos inmediatamente al enterarse del uso no autorizado de su tarjeta. Usted no será responsable del uso no autorizado que suceda después de que nos avise verbalmente o por escrito. Nos puede avisar por escrito a HSBC Retail Services, P.O. Box 5226, Carol Stream, IL 60197-5226 en cuanto a la pérdida, robo o posible uso no autorizado de su tarjeta. En todos los casos, su responsabilidad no excederá los $50. Sin embargo, el uso no autorizado no incluye el uso por parte de una persona a quien usted haya autorizado a usar su tarjeta, y usted será responsable de todo uso por dicha persona. Para terminar esta autorización, tiene que retirarle la tarjeta al usuario previamente autorizado y devolvérnosla a HSBC Retail Services, P.O. Box 5226, Carol Stream, IL 60197-5226, junto con una carta que nos explique las razones por las cuales tomó dicha determinación.

**22. PÉRDIDA O ROBO DE LA TARJETA:** Usted acuerda notificarnos inmediatamente si le roban o se pierde su tarjeta o si usted piensa que alguien está usando su Cuenta sin su permiso. Usted puede notificarlos por escrito a HSBC Retail Services, P.O. Box 5226, Carol Stream, IL 60197-5226.

**23. CHEQUES DE TARJETA DE CRÉDITO PERDIDOS O ROBADOS:** Usted conviene en avisarnos inmediatamente si pierde o le roban algún cheque de tarjeta de crédito. Nos puede avisar por escrito a: HSBC Retail Services, P.O. Box 5226, Carol Stream, IL 60197-5226.

**24. SUSPENSIÓN DE PAGO:** Si antes de que se pague un cheque de tarjeta de crédito girado contra su Cuenta usted nos notifica que no lo paguemos, suspenderemos su pago. Usted debe enviarnos una orden escrita y firmada de no pagar un cheque determinado, indicando el número, el beneficiario, la cantidad y la fecha del cheque de tarjeta de crédito cuyo pago debe suspenderse. Si llama por teléfono, usted debe confirmar la instrucción por escrito dentro de 14 días. Una suspensión de pago por escrito permanecerá en efecto por seis meses después de haberla recibido a menos que sea renovada por escrito.

**25. CANCELACIÓN DE LA TARJETA:** Nosotros podemos cancelar o reducir su límite de crédito en cualquier momento y por cualquier motivo, sujeto a los requisitos de la ley aplicable. Los Saldos pendientes bajo este Acuerdo cuando se reduce o cancela su límite de crédito, continuarán

acumulando Cargos por Intereses hasta que el saldo sea pagado en su totalidad y estén sujetos a todos los términos y condiciones de este Acuerdo. Usted acaba de devolvernos su(s) Tarjeta(s) en cualquier momento cuando se lo solicitemos.

**26. CIERRE DE SU CUENTA:** Usted puede cancelar o cerrar su Cuenta al escribirnos a: HSBC Retail Services, P.O. Box 6226, Carol Stream, IL 60197-6226. Su aviso entra en vigencia cuando lo recibamos. Si usted cancela o cierra su Cuenta, aún será responsable de todas las cantidades que se nos adeuden de acuerdo con los términos de este Convenio. Usted conviene en devolvernos su(s) Tarjeta(s).

**27. PRÁCTICAS DE SUPERVISIÓN:** Usted conviene en que nuestro personal de supervisión puede escuchar o grabar las conversaciones telefónicas entre usted y nuestros representantes a fin de evaluar la calidad de nuestro servicio a Usted y a otros tarjetahabientes.

**28. LEY VIGENTE:** Este Convenio y su Cuenta serán regidos e interpretados por las leyes federales, incluyendo la Ley Federal sobre Arbitraje, y las leyes del Estado de Nevada, correspondientes a contratos celebrados y a ser cumplidos allí sin referencia a los principios de conflictos de leyes. La legalidad, ejecución e interpretación de este Convenio y de las cantidades contratadas, cobradas y recibidas bajo este Convenio serán regidas por dichas leyes. Este Convenio se celebra entre usted y nosotros en Nevada. Nosotros tomamos decisiones en cuanto a la concesión de crédito a usted y le extendemos el crédito bajo este Convenio desde Nevada. Las leyes federales y de Nevada corresponderán a toda controversia, reclamación o disputa que surja de o se relacione, de forma alguna con el asunto objeto de este Convenio y o su Cuenta, incluyendo las reclamaciones estatutarias, de equidad y por agravio.

**29. INVESTIGACIÓN E INFORMES DE CRÉDITO:** Usted conviene en que nosotros podemos investigar sus historiales de crédito, empleo e ingresos y comprobar sus recomendaciones de crédito y en que podemos dar a las agencias de informes de crédito, comerciantes y otros acreedores el estado y el historial de pago de su Cuenta.

**30. PRECISIÓN DISPUTADA DE UN INFORME DE CRÉDITO:** Si algún dato determinado relacionado con su Cuenta, las transacciones o la experiencia de crédito con nosotros no es preciso, nos puede avisar y solicitar que corrijamos la información imprecisa (después de confirmar el supuesto error) dado a cualquier agencia de informes de crédito, escribiéndonos a: HSBC Retail Services, P.O. Box 5253 Carol Stream, IL 60197-5253.

**31. INFORMACIÓN FINANCIERA ACTUALIZADA:** Usted acuerda darnos inmediatamente información financiera actualizada sobre usted cuando se la solicitemos.

**32. DEMORA EN LA TOMA DE ACCIONES:** Si por cualquier razón nos demoramos en tomar cualquier acción, no perderemos nuestros derechos bajo este Acuerdo. En la medida en que lo permita la ley, podríamos tomar otras acciones que no estén descritas en este Acuerdo, sin perder por ello nuestros derechos bajo este Acuerdo.

**33. CAMBIO DE NOMBRE, DIRECCIÓN O EMPLEO:** Usted conviene en darnos un aviso de 10 días de anticipación en cuanto a todo cambio en su nombre, dirección postal, número de teléfono o lugar de empleo. Usted conviene en que el Departamento de Vehículos Motorizados puede darnos su dirección residencial si fuere necesario localizarle.

**34. TRASPASO DE LA CUENTA:** Nosotros podremos vender, traspasar o transferir su Cuenta o cualquier parte de la misma sin notificárselo. Usted no puede vender, traspasar o transferir su Cuenta.

**35. DIVISIBILIDAD:** Si se determina que cualquier cláusula de este Acuerdo es nula o inejecutable bajo cualquier ley, regla o reglamento, todas las demás cláusulas de este Acuerdo permanecerán válidas y ejecutables.

**36. AVISOS PARA RESIDENTES DE CALIFORNIA:** La ley de California exige que nosotros informemos a los clientes que, si no cumplen con los términos de su obligación de crédito, se puede remitir a una agencia de informes de crédito un informe negativo que se refleja en su expediente de crédito. Si usted está casado(a), puede solicitar el crédito a nombre propio.

**37. AVISO A LOS RESIDENTES DE LA FLORIDA:** Usted (el prestatario) acuerda que, si obtenemos una sentencia en su contra, una parte de su ingreso disponible puede ser secuestrada o embargada (pagada a nosotros por su empleador), según lo dispone la ley de la Florida y la ley Federal.

**38. AVISO A LOS RESIDENTES DE MAINE:** Podríamos solicitar un informe de crédito con respecto a su solicitud de crédito. Usted puede preguntar si nosotros obtuvimos un informe de crédito y, en tal caso, nosotros le informaremos el nombre y la dirección de la agencia que emitió el informe.

**39. AVISO PARA RESIDENTES DE MISSOURI:** No se pueden hacer cumplir los contratos o compromisos verbales con el fin de prestar dinero, conceder crédito o abstenerse de hacer cumplir el pago de una deuda, incluyendo las promesas de extender o renovar dicha deuda. Para protegerlo (prestatario(a)) y protegernos (acreedor) de malentendidos o decepciones, todos los contratos que celebremos que cubran dichas cuestiones están incluidos en este documento, el cual es la declaración completa y exclusiva del acuerdo entre nosotros, a menos que más adelante acordemos por escrito modificarlo.

**40. AVISO PARA RESIDENTES DE NEW YORK:** Se puede solicitar un informe de crédito sobre el consumidor relacionado con esta solicitud o con las actualizaciones, renovaciones o extensiones de todo crédito concedido como resultado de esta solicitud. A solicitud suya, se le informará si se solicitó dicho informe y, de haberse solicitado, el nombre y la dirección de la agencia que proporcionó el informe. Los residentes de New York se pueden comunicar con el departamento de banca del Estado de New York a fin de obtener una lista comparativa de las tasas para tarjetas de crédito, sus recargos y períodos de gracia. Departamento de Banca del Estado de New York: 1-800-522-3330.

**41. AVISO PARA LOS RESIDENTES DE OHIO:** Las Leyes de Ohio contra la discriminación exigen que todos los acreedores pongan el crédito a disposición de todas las personas solventes, sin distinción de ninguna clase y que, las agencias de información de crédito mantengan historiales de crédito separados para cada individuo cuando esto se les solicite. La Comisión de Derechos Civiles de Ohio se encarga de hacer cumplir esta ley.

**42. AVISO PARA RESIDENTES DE VERMONT:** Se podrá solicitar un informe de crédito sobre el consumidor en lo relacionado con esta solicitud o en lo relacionado con actualizaciones, renovaciones o prórrogas de todo crédito concedido como resultado de esta solicitud. A petición, se le informará si se solicitó o no dicho informe y, de haberse solicitado, el nombre y la dirección de la agencia que proporcionó el informe.

La información referente a los costos de la Tarjeta que contiene este Convenio de la Tarjetahabiente y la Declaración de Divulgaciones es precisa en agosto 1, 2011. Esta información tendrá cambiar después de esa fecha. Para conocer cualquier cambio, escríbanos a: 1111 Town Center Drive, Las Vegas, Nevada 89144.

**SUS DERECHOS DE FACTURACIÓN.— GUARDE ESTE AVISO PARA USO FUTURO**

Este aviso contiene información importante sobre sus derechos y nuestras responsabilidades bajo la Ley de Facturación Justa en Materia Crediticia.

**Notifíquenos en caso de haber errores o tener preguntas sobre su estado de cuenta:** Si su estado de cuenta contiene errores o si necesita más información sobre una transacción que aparece en su factura, escríbanos en una hoja separada a la dirección que aparece en su factura. Escríbanos lo antes posible. Es necesario que recibamos sus comentarios dentro del término de 60 días a partir de la fecha en que le enviamos la primera factura en que aparece el error o el problema. Puede llamarnos por teléfono, pero una llamada telefónica no protege sus derechos.

En su carta, denos la siguiente información:
* Su nombre y número de cuenta.
* El monto en dólares del supuesto error.
* Describa el error y explique, si puede, por qué considera usted que hay un error.
* Si necesita más información, describa el ítem sobre el cual tiene dudas.

**Sus derechos y nuestras responsabilidades después de recibir su notificación por escrito:** Nosotros tenemos que reconocer que recibimos su carta dentro del término de 30 días, a menos que para entonces hayamos corregido el error. Dentro del término de 90 días tenemos que corregir el error o explicar por qué creemos que el estado decuenta estaba correcta.

Después de recibir su carta, no podemos tratar de cobrarle ninguna parte del cantidad que usted ha cuestionado, reportarle como deudor moroso. Podríamos continuar facturándole la cantidad en duda, incluyendo cargos por intereses, y podríamos aplicar cualquier saldo pendiente contra su límite de crédito. Usted no tiene que pagar, ninguna cantidad en duda mientras investigamos, pero sigue estando obligado a pagar las partes de su factura que de las que tenga duda en duda. Si encontramos que cometimos un error en su factura, usted no tendrá que pagar, cargos por intereses correspondiente con ninguna cantidad en duda. Si no cometimos ningún error, usted tendrá que pagar cargos por intereses y hacer todos los pagos que no había hecho correspondientes a la cantidad en duda. En cualquier caso, le enviaremos una declaración con la cantidad que nos debe y la fecha en que vence.

Si usted no paga la cantidad que nosotros consideramos que usted nos debe, podremos reportarlo como deudor moroso. Sin embargo, si nuestra explicación no le satisface y usted nos escribe dentro del término de diez días informándonos que aún no está dispuesto a pagar, tendríamos que informar a cualquier entidad a la que enviemos un informe sobre usted, que usted tiene una duda sobre su factura. Y tendríamos que informarle a usted el nombre de cualquier entidad a la cual enviemos un informe sobre usted. Cuando el asunto haya sido resuelto, tendríamos que informar sobre esto a cualquier entidad a la que hubiésemos enviado un informe sobre usted.

Si no seguimos estas reglas, no podremos cobrar los primeros $50 de la cantidad en duda, aunque su factura estuviese correcta.

**Regla especial para compras hechas con Tarjeta de Crédito:** Si usted tiene algún problema con la calidad de un producto o servicios que usted compró con una tarjeta de crédito, y usted ha tratado de buena fe de corregir el problema con el comerciante, usted podría tener el derecho de no pagar el saldo restante correspondiente a dicho producto o servicios. Existen dos limitaciones a este derecho: (a) Usted debe propiedad hecho la compra en el estado donde reside o, si no la hizo dentro del estado donde reside, dentro de un radio de 100 millas de su actual dirección y (b) El precio de compra debe haber sido superior a los $50. Estas limitaciones no son aplicables si nosotros somos dueños del establecimiento donde usted hizo la adquisición, operamos el mismo, o si nosotros le enviamos un anuncio con el producto o los servicios.